# EXHIBIT 13

**EXHIBIT 13**
**SKYWORKS SOLUTIONS, INC.'S INFRINGEMENT CHART**
**KCT8239S**
**U.S. Patent No. 8,717,101**
**Independent Claims 1, 17, and 21**

Skyworks Solutions, Inc. ("Skyworks") provides this exemplary claim chart for independent claims 1, 17, and 21 of U.S. Patent No. 8,717,101 (the "'101 patent") applied to Kangxi Communication Technologies (Shanghai) Co., Ltd's and Grand Chip Labs, Inc.'s (collectively, "KCT") KCT8239S product. The disclosures in this claim chart directed to the KCT8239S are also more broadly directed to any sale, offer for sale, use, or importation of the KCT8239S in the U.S., including in an end product such as a wireless router or as a standalone product that is not incorporated in an end product.

The claim chart below demonstrates infringement by comparing each element of the charted claims to corresponding components, aspects, and/or features of the KCT8239S product. This claim chart is not intended to constitute an expert report on infringement. This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available sources regarding the KCT8239S product. Further analysis of non-public information during fact discovery will likely assist in identifying all infringing features and functionalities used by KCT in the KCT8239S product. Accordingly, Skyworks reserves the right to supplement this infringement analysis once such information is made available to Skyworks. Further, Skyworks reserves the right to supplement this infringement analysis, as appropriate, upon issuance of an order construing any terms recited in the asserted claims or as other circumstances so merit.

| Claims | KCT8239S |
|---|---|
| 1[pre] A power amplifier system comprising: | To the extent the preamble of claim 1 is limiting, the KCT8239S includes a power amplifier system.<br><br>The KCT8239S is a product for Wi-Fi connectivity.  For example, the following image for the KCT8239S is a simplified block diagram for this product.[1]<br><br><br><br>*See, e.g.*, simplified block diagram for KCT8239S |

[1] *See* https://perma.cc/NS2E-VPYU.

The KCT8239S is, according to KCT, "a fully integrated 802.11b/g/n/ac/ax WLAN RF Front-end module (FEM) which incorporates key RF functionality.  It is integrated with a high-efficiency power amplifier (PA), a low noise amplifier (LNA) with bypass …."[2]

For example, the image below of the KCT8239S shows a power amplifier system (as indicated by the corresponding label below) within the KCT8239S.

---

[2] *See* https://perma.cc/NS2E-VPYU.



**power amplifier system**

*See, e.g.*, photo of KCT8239S showing three dies of the power amplifier system

| | |
|---|---|
| 1[A] a power amplifier configured | The KCT8239S includes a power amplifier configured to amplify a radio frequency (RF) signal. |

| | |
|---|---|
| to amplify a radio frequency (RF) signal; and | For example, the image of the KCT8239S below shows a power amplifier (as indicated by the corresponding label below) as part of the power amplifier system. <br><br>  <br><br> **power amplifier** <br><br> *See, e.g.*, photo of KCT8239S showing three dies, including a die for the power amplifier of the power amplifier system |

The image below shows the die of the power amplifier as part of the power amplifier system for the KCT8239S.



**power amplifier**

*See, e.g.*, photo of KCT8239S showing three dies, including the die for the power amplifier of the power amplifier system

6

The image below shows an enlarged view of the power amplifier die of the KCT8239S. The power amplifier in the KCT8239S is coupled so that it is configured to receive as an input a radio frequency (RF) signal, as labeled below, and amplify the RF signal to output an amplified RF signal, as labeled below. The dashed box with the corresponding label below is one example of an amplification circuit that provides the amplification of the RF signal.



*See, e.g.*, photo of the power amplifier die in KCT8239S

| | As shown below in KCT's simplified block diagram for the KCT8239S, a power amplifier is part of the KCT8239S product.  Specifically, the KCT8239S "is integrated with a high-efficiency power amplifier (PA), a low noise amplifier (LNA) with bypass, the associated matching network and a single-pole, double-throw (SPDT) switch all in one device."[3] |
|---|---|
| |  |
| | *See, e.g.*, simplified block diagram for KCT8239S |
| 1[B] a bias block for biasing the power amplifier, | The KCT8239S includes a bias block for biasing the power amplifier. |
| | For example, the image of the KCT8239S below shows a bias block (as indicated by the corresponding label below) as part of the power amplifier system. |

---

[3] *See* https://perma.cc/NS2E-VPYU.



**bias block**          **power amplifier**

*See, e.g.*, photo of KCT8239S showing three dies, including a die for the bias block and a die for the power amplifier of the power amplifier system

The image below shows the power amplifier and the bias block within the power amplifier system in another angle for the KCT8239S.  The bias block is coupled to the power amplifier so that the bias block

biases the power amplifier using a bias current through a wire bond connecting a "VINT" port (as indicated by the corresponding label below) of the bias block to the power amplifier.



*See, e.g.*, photo of KCT8239S showing three dies, including a die for the bias block and a die for the power amplifier of the power amplifier system

*See also* elements 1[C]-1[E] (showing details of the bias circuit).

| | |
|---|---|
| 1[C] the bias block including a time-dependent signal generator configured to shape an enable signal of the power amplifier to generate a control current, | The KCT8239S includes the bias block including a time-dependent signal generator configured to shape an enable signal of the power amplifier to generate a control current.<br><br>For example, the reverse engineered schematic below is for the bias block (as indicated by the corresponding label below) in the KCT8239S.  It includes a sub block (as indicated by the corresponding label below). The sub block includes a time-dependent signal generator.<br><br><br><br>*See, e.g.*, reverse engineered schematic of the bias block of KCT8239S<br><br>The reverse engineered schematic below for the KCT8239S shows the internal details of the sub block set forth above.  This schematic includes a time-dependent signal generator (as indicated by the corresponding |

label below).  This time-dependent signal generator is configured to shape an enable signal (as indicated by the corresponding label below) of the power amplifier to generate a control current (as indicated by the corresponding label below).  The time-dependent signal generator shapes the enable signal to generate the control current in that the enable signal is a time-dependent voltage and the control current depends on the enable signal.



*See, e.g.*, reverse engineered schematic of the sub block of KCT8239S

| 1[D] a current amplifier configured to amplify the control | In the KCT8239S, the bias block includes a current amplifier configured to amplify the control current to generate a correction current. |
| --- | --- |

| | |
|---|---|
| current to generate a correction current, | For example, as shown by the reverse engineered schematic below for the sub block of the KCT8239S, the bias block includes a current amplifier (as indicated by the corresponding label below).  The current amplifier is configured to amplify the control current to generate a correction current (as indicated by the corresponding label below).  The dashed box with the label below is one example of a current amplifier that amplifies the control current to generate the correction current.<br><br><br>*See, e.g.*, reverse engineered schematic of the sub block of KCT8239S<br><br>The schematic below for the KCT8239S is an enlarged view of a portion of the current amplifier identified above, which is a current mirror configured to amplify the control current to generate the correction current.  As set forth in the '101 patent, a current mirror can have any suitable gain.  *See* '101 patent, 11:39-45.  For example, the current mirror in KCT8239S is configured to amplify the control current by a |

| | |
|---|---|
| | factor of about 1, based on the multiple numbers designated in the schematic below  (e.g., "m=2" for the control current and "m=2" for the correction current).<br><br><br><br>*See, e.g.*, enlarged portion of reverse engineered schematic of the sub block of KCT8239S |
| 1[E] and a primary biasing circuit configured to generate a bias current for the power amplifier based at least partly on the correction current, | In the KCT8239S, the bias block includes a primary biasing circuit configured to generate a bias current for the power amplifier based at least partly on the correction current.<br><br>For example, as shown in the reverse engineered schematic for the KCT8239S below, a primary biasing circuit (as indicated by the corresponding label below) is configured to generate a bias current (as indicated by the corresponding label below) for the power amplifier based at least partly on the correction current. |



*See, e.g.*, reverse engineered schematic of the bias block of KCT8239S

The bias block biases the power amplifier using the bias current through a wire bond connecting a "VINT" port (as highlighted above and indicated by the corresponding label below) of the bias block to the power amplifier.



bias block

"VINT" port

power amplifier

*See, e.g.*, photo of KCT8239S showing three dies, including a die for the bias block and a die for the power amplifier of the power amplifier system

The correction current is output by the "PIBO0" port of the sub block including the time-dependent signal generator, as shown by the reverse engineered schematics below.



*See, e.g.*, enlarged portion of reverse engineered schematic of the sub block of KCT8239S



*See, e.g.*, enlarged portion of reverse engineered schematic of the bias block of KCT8239S

The "PIBO0" port of the sub block (shown above and as corresopnding to P185_D) including the time-dependent signal generator is connected to the "PIBI" port of the primary biasing circuit (as indicated by the corresponding label below showing P185_D connecting to PIBI), as shown by the schematic below.



*See, e.g.*, enlarged portion of reverse engineered schematic of the bias block of KCT8239S

As shown by the schematic below for the primary biasing circuit of the KCT8239S, the primary biasing circuit takes in the correction current as an input and generates the bias current for the power amplifier (as set forth above) based at least partly on the correction current.



correction current

bias current

*See, e.g.*, reverse engineered schematic of the primary biasing circuit of KCT8239S

| | |
|---|---|
| 1[F] the bias current configured to correct for a variation in gain of the power amplifier when the power amplifier is enabled, | In the KCT8239S, the bias current is configured to correct for a variation in gain of the power amplifier when the power amplifier is enabled.<br><br>For example, the bias current is output by the "VINT" port of the bias block, as shown by the reverse engineered schematic for the KCT8239S below. |



*See, e.g.*, enlarged portion of reverse engineered schematic of the bias block of KCT8239S

This bias current is input to the power amplifier for biasing the power amplifier to provide a suitable gain, including to correct for a variation in gain of the power amplifier when the power amplifier is enabled.  As shown by the image below, the "VINT" port of the bias block is coupled to the die for the power amplifier via a wire bond.



*See, e.g.*, photo of KCT8239S showing three dies, including a die for the bias block and a die for the power
amplifier of the power amplifier system

| | |
|---|---|
| 1[G] the current amplifier including a current mirror. | In the KCT8239S, as shown by the reverse engineered schematic below, the current amplifier in the bias block includes a current mirror. The dashed box with the label below is one example of a current mirror that is included in the current amplifier.<br><br><br>*See, e.g.*, enlarged portion of reverse engineered schematic of the sub block of KCT8239S<br><br>For example, as explained in 1[D], the current amplifier in the bias block includes a current mirror configured to amplify the control current by a factor of about 1. |
| 17[pre] A method of biasing a power amplifier, the method comprising: | To the extent the preamble of claim 17 is limiting, the KCT8239S performs a method of biasing a power amplifier.<br><br>For example, as explained in 1[pre] through 1[B], the KCT8239S includes a bias block for biasing a power amplifier. |
| 17[A] shaping an enable signal using a time-dependent signal | The KCT8239S shapes an enable signal using a time-dependent signal generator to generate a control current. |

| generator to generate a control current; | For example, as explained in 1[C], the KCT8239S includes a time-dependent signal generator configured to shape an enable signal of the power amplifier to generate a control current. |
|---|---|
| 17[B] amplifying the control current using a current mirror of a current amplifier to generate a correction current; and | The KCT8239S amplifies the control current using a current mirror of a current amplifier to generate a correction current.<br><br>For example, as explained in 1[D], the KCT8239S includes a current amplifier configured to amplify the control current to generate a correction current. As explained in 1[G], the current amplifier includes a current mirror that amplifies the control current to generate a correction current. |
| 17[C] generating a bias current for a power amplifier using a primary biasing circuit, the primary biasing circuit configured to use the correction current to correct for a variation in gain of the power amplifier when the power amplifier is enabled. | The KCT8239S generates a bias current for a power amplifier using a primary biasing circuit, the primary biasing circuit configured to use the correction current to correct for a variation in gain of the power amplifier when the power amplifier is enabled.<br><br>For example, as explained in 1[E], the KCT8239S includes a primary biasing circuit used to generate a bias current for the power amplifier based at least partly on the correction current. As explained in 1[F], the bias current is configured to correct for a variation in gain of the power amplifier when the power amplifier is enabled.<br><br>Since the bias current is at least partly based on the correction current, the primary biasing circuit is configured to use the correction current to correct for a variation in gain of the power amplifier when the power amplifier is enabled. |
| 21[pre] A bias circuit for biasing a power amplifier, the bias circuit comprising: | To the extent the preamble of claim 21 is limiting, the KCT8239S includes a bias circuit for biasing a power amplifier.<br><br>For example, as explained in 1[pre] through 1[B], the KCT8239S includes a bias block, which is a bias circuit, for biasing a power amplifier. |
| 21[A] a time-dependent signal generator configured to shape an enable | The KCT8239S includes the bias circuit comprising a time-dependent signal generator configured to shape an enable signal of the power amplifier to generate a control current. |

| | |
|---|---|
| signal of the power amplifier to generate a control current; | For example, as explained in 1[C], the KCT8239S includes a bias circuit including a time-dependent signal generator configured to shape an enable signal of the power amplifier to generate a control current. |
| 21[B] a current amplifier configured to amplify the control current to generate a correction current, | The KCT8239S includes the bias circuit comprising a current amplifier configured to amplify the control current to generate a correction current.<br><br>For example, as explained in 1[D], the bias circuit in the KCT8239S includes a current amplifier configured to amplify the control current to generate a correction current. |
| 21[C] the current amplifier including a current mirror; and | In the KCT8239S, the current amplifier includes a current mirror.<br><br>For example, as explained in 1[G], the current amplifier in the KCT8239S includes a current mirror. |
| 21[D] a primary biasing block configured to generate a bias current for the power amplifier based at least partly on the correction current, | The KCT8239S includes the bias circuit comprising a primary biasing block configured to generate a bias current for the power amplifier based at least partly on the correction current.<br><br>For example, as explained in 1[E], the bias circuit in the KCT8239S includes a primary biasing circuit configured to generate a bias current for the power amplifier based at least partly on the correction current. |
| 21[E] the bias current configured to correct for a variation in gain of the power amplifier when the power amplifier is enabled. | In the KCT8239S, the bias current is configured to correct for a variation in gain of the power amplifier when the power amplifier is enabled.<br><br>For example, as explained in 1[F], the bias current is input to the power amplifier for biasing the power amplifier to provide a suitable gain, including to correct for a variation in gain of the power amplifier when the power amplifier is enabled. |