# EXHIBIT 15



April 23, 2024

Kangxi Communications Technologies (Shanghai) Co., Ltd.
5th Floor, Building 10
No. 399 Keyuan Road
Pudong New Area, Shanghai
ATTN: Ping Peng, Chairman

**RE:  Notice of Infringement of Skyworks Solutions, Inc.'s Patents**

Dear Dr. Peng:

I write to follow up on my letter of March 7, 2023 and our meeting on May 9, 2023, in which Skyworks Solutions, Inc. ("Skyworks") informed Kangxi Communication Technologies Co. Ltd.'s and Grand Chips Technology Corporation's (collectively, "KCT") that at least your KCT82XXXX and KCT85XXXX series products infringed Skyworks's patents.

Despite providing KCT with notice of infringement as outlined above, KCT continues to sell at least the following infringing products:

1. At least the KCT8547HE, KCT8539S, KCT8239S, and KCT8576HE products infringe at least claims 1, 2, 10-11, 17, 18, 20, 21, and 22 of U.S. Patent No. 8,717,101.

2. At least the KCT8547HE, KCT8539S, KCT8239S, and KCT8576HE products infringe at least claims 14, 15, 17, and 20 of U.S. Patent No. 9,917,563.

3. At least the KCT8547HE, KCT8539S, KCT8239S, and KCT8576HE products infringe at least claims 1 and 7 of U.S. Patent No. 9,450,579.

4. At least the KCT8547HE, KCT8539S, KCT8239S, and KCT8576HE products infringe at least claim 4 of U.S. Patent No. 9,148,194.

5. At least the KCT8547HE, KCT8539S, KCT8239S, and KCT8576HE products infringe at least claims 1, 2, 6, 10-12, 15, 18, 19, 20, and 23-25 of U.S. Patent No. 7,409,200.

All KCT products containing the same infringing features as the above-referenced products also infringe the same Skyworks patents, including KCT's recent Wi-Fi 7 (IEEE 802.11be) products. Each of the patents identified above are attached to this letter for your convenience.

Skyworks respects the intellectual property rights of others and accordingly takes such intellectual property matters very seriously. Unless KCT immediately agrees to cease selling the products

described above, and any similarly infringing products, Skyworks will be left with no choice but to defend its intellectual property rights and seek all appropriate relief.

I look forward to your prompt response.

Best regards,

**Stephen Warhola | Skyworks Solutions, Inc.**
Vice President and Chief Intellectual Property Counsel, Legal
5260 California Ave. | Irvine, CA 92617