# EXHIBIT 17

**EXHIBIT 17**
**SKYWORKS SOLUTIONS, INC.'S INFRINGEMENT CHART**
**KCT8547HE**
**U.S. Patent No. 9,917,563**
**Independent Claim 14**

Skyworks Solutions, Inc. ("Skyworks") provides this exemplary claim chart for independent claim 14 of U.S. Patent No. 9,917,563 (the "'563 patent") applied to Kangxi Communication Technologies (Shanghai) Co., Ltd's and Grand Chip Labs, Inc.'s (collectively, "KCT") KCT8547HE product. The disclosures in this claim chart directed to the KCT8547HE are also more broadly directed to any sale, offer for sale, use, or importation of the KCT8547HE in the U.S., including in an end product such as a wireless router or as a standalone product that is not incorporated in an end product.

The claim chart below demonstrates infringement by comparing each element of the charted claim to corresponding components, aspects, and/or features of the KCT8547HE product. This claim chart is not intended to constitute an expert report on infringement. This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available sources regarding the KCT8547HE product. Further analysis of non-public information during fact discovery will likely assist in identifying all infringing features and functionalities used by KCT in the KCT8547HE product. Accordingly, Skyworks reserves the right to supplement this infringement analysis once such information is made available to Skyworks. Further, Skyworks reserves the right to supplement this infringement analysis, as appropriate, upon issuance of an order construing any terms recited in the asserted claims or as other circumstances so merit.

| Claim | KCT8547HE |
|---|---|
| 14 [pre] A packaged module comprising: | To the extent the preamble of claim 1 is limiting, the KCT8547HE includes a packaged module.<br><br>The KCT8547HE is a module for Wi-Fi connectivity.  For example, the following image for the KCT8547HE is a simplified block diagram for this product.[1]<br><br><br><br>*See, e.g.*, simplified block diagram for KCT8547HE<br><br>The KCT8547HE is, according to KCT, "a highly integrated RF Front-End Integrated Circuit incorporat[ing] key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the |

---

[1] *See* https://perma.cc/GV2Y-HD8A.

| | 5.15-5.95GHz range. KCT8547HE-1 integrates a high-efficiency high-linearity power amplifier (PA), a low noise amplifier (LNA) with bypass …."[2]<br><br>As another example, the image below of the KCT8547HE shows a packaged module (as indicated by the corresponding label below) for the KCT8547HE. |
|---|---|

[2] *See* https://perma.cc/GV2Y-HD8A.



**packaged module**

*See, e.g.*, photo of KCT8547HE

| | |
|---|---|
| 14[A] a package substrate; and | The KCT8547HE includes a package substrate. |
| | For example, the image of the KCT8547HE below shows a package substrate (as indicated by the corresponding label below) as part of the packaged module. |

4



*See, e.g.*, photo of KCT8547HE

| | |
|---|---|
| 14[B] an integrated circuit attached to the package substrate and including a power amplifier configured | The KCT8547HE includes an integrated circuit attached to the package substrate and including a power amplifier. |

| to provide amplification to a radio frequency signal | For example, the image of the KCT8547HE below shows an integrated circuit (as indicated by the corresponding label below) attached to the package substrate and including a power amplifier (as indicated by the corresponding label below). |
|---|---|



*See, e.g.*, photo of KCT8547HE showing an integrated circuit having three dies including a die for the power amplifier

The power amplifier in the KCT8547HE is configured to provide amplification to a radio frequency signal.

For example, the image below shows an enlarged view of the power amplifier die of the KCT8547HE. The power amplifier is coupled in such a way that it is configured to receive as an input a radio frequency (RF) signal, as labeled below as the radio frequency signal, and amplify the radio frequency signal to output an amplified RF signal, as labeled below. The dashed box with the corresponding label below is one example of an amplification circuit that provides the amplification of the radio frequency signal.



*See, e.g.*, photo of the power amplifier die of KCT8547HE

| | As shown below in KCT's simplified block diagram for the KCT8547HE, a power amplifier (labelled as "PA") is part of the KCT8547HE product. Specifically, the KCT8547HE "integrates a high-efficiency high-linearity power amplifier (PA), a low noise amplifier (LNA) with bypass, the associated matching network and harmonic filters all in one device."[3] |
| :--- | :--- |
| |  *See, e.g.*, simplified block diagram for KCT8547HE |
| 14[C] and a bias circuit configured to receive a power amplifier enable | The KCT8547HE includes a bias circuit configured to receive a power amplifier enable signal and to generate a bias signal that biases the power amplifier. |

---

[3] *See* https://perma.cc/GV2Y-HD8A.

| | |
|---|---|
| signal and to generate a bias signal that biases the power amplifier, | For example, the image of the KCT8547HE below shows a bias circuit and the power amplifier (as indicated by the corresponding labels, respectively).<br><br><br><br>*See, e.g.*, photo of KCT8547HE showing three dies, including a die for the bias circuit and a die for the power amplifier |

As another example, the image of the KCT8547HE below shows the bias circuit and the power amplifier (as indicated by the corresponding labels, respectively).



*See, e.g.*, photo of KCT8547HE showing three dies, including a die for the bias circuit and a die for the power amplifier

11

The bias circuit is coupled to the packaged module's interface through a wire bond in such a way that the bias circuit is configured to receive a power amplifier enable signal (as indicated by the corresponding label above).  The bias circuit is coupled to the power amplifier by a wire bond in such a way that the bias circuit is configured to generate a bias signal (as indicated by the corresponding label above) that biases the power amplifier.

The reverse engineered schematic below is for the bias circuit (as indicated by the corresponding label below) in the KCT8547HE.  As highlighted below, the bias circuit includes a "PA_EN" port configured to receive the power amplifier enable signal and a "VREF" port configured to output the bias signal that biases the power amplifier.



*See, e.g.*, reverse engineered schematic of the bias circuit of KCT8547HE

| | See also elements 14[D] through 14[F] (showing details of the bias circuit). |
|---|---|
| 14[D] the bias circuit including a gain correction circuit configured to generate a control current in response to activation of the power amplifier enable signal, | The KCT8547HE includes the bias circuit including a gain correction circuit configured to generate a control current in response to activation of the power amplifier enable signal.<br><br>For example, the reverse engineered schematic below for the bias circuit in the KCT8547HE shows that the bias circuit includes a gain correction circuit (as indicated by the corresponding label below).<br><br><br><br>*See, e.g.*, reverse engineered schematic of the bias circuit of KCT8547HE<br>The reverse engineered schematic below for the KCT8547HE shows the internal details of the gain correction circuit set forth above. The gain correction circuit receives the power amplifier enable signal (as |

indicated by the corresponding label below).  The power amplifier enable signal is coupled in a way such that the gain correction circuit is configured to generate the control current (as indicated by the corresponding label below) in response to activation of the power amplifier enable signal.



*See, e.g.*, reverse engineered schematic of the gain correction circuit of KCT8547HE

14

| 14[E] and to mirror the control current to generate a correction current, | In the KCT8547HE, the bias circuit and its gain correction circuit mirrors the control current to generate a correction current. For example, as shown by the reverse engineered schematic below for the gain correction circuit of the KCT8547HE, the gain correction circuit includes a current mirror (as indicated by the corresponding label below). The current mirror is configured to mirror the control current to generate the correction current (as indicated by the corresponding label below). The dashed box with the label below is one example of a current mirror that mirrors the control current to generate the correction current.  *See, e.g.*, reverse engineered schematic of the gain correction circuit of KCT8547HE |
|---|---|

The schematic below for the KCT8547HE is an enlarged view of a portion of the current mirror identified above, which is configured to mirror the control current to generate the correction current. As set forth in the '563 patent, a current mirror can have any suitable gain when mirroring a current. *See* '563 patent, 11:63-12:2. For example, the current mirror in KCT8547HE is configured to mirror the control current by a factor of about 1, based on the multiple numbers designated in the schematic below (e.g., "m=2" for the control current and "m=2" for the correction current).



**control current**   **correction current**

*See, e.g.*, enlarged portion of reverse engineered schematic of the gain correction circuit of KCT8547HE

| 14[F] and a primary biasing circuit configured to generate the bias signal based on the correction current and the power amplifier enable signal. | In the KCT8547HE, the bias circuit includes a primary biasing circuit configured to generate the bias signal based on the correction current and the power amplifier enable signal.<br><br>For example, as shown in the reverse engineered schematic for the KCT8547HE below, a primary biasing circuit (as indicated by the corresponding label below) is configured to generate the bias signal (as indicated by the corresponding label below) for the power amplifier based on the correction current and the power amplifier enable signal. |



*See, e.g.*, reverse engineered schematic of the bias circuit of KCT8547HE

The correction current is output by the "PIBO0" port of the gain correction circuit, as shown by the reverse engineered schematics below.



*See, e.g.*, enlarged portion of reverse engineered schematic of the gain correction circuit of KCT8547HE

*See, e.g.*, enlarged portion of reverse engineered schematic of the bias circuit of KCT8547HE

The "PIBO0" port of the gain correction circuit (shown above and as corresponding to P185_D) is
connected to the "PIBI" port of the primary biasing circuit (as indicated by the corresponding label below
showing P185_D connecting to PIBI), as shown by the schematic below.



*See, e.g.*, enlarged portion of reverse engineered schematic of the bias circuit of KCT8547HE

As shown by the schematic below for the primary biasing circuit of the KCT8547HE, the primary biasing
circuit takes in the correction current (as indicated by the corresponding label below) as an input and the
power amplifier enable signal (as indicated by the corresponding label below) as another input so that the
primary biasing circuit is configured to generate the bias signal based on the correction current and the
power amplifier enable signal.



*See, e.g.*, reverse engineered schematic of the primary biasing circuit of KCT8547HE