# EXHIBIT 23

**EXHIBIT 23**
**SKYWORKS SOLUTIONS, INC.'S INFRINGEMENT CHART**
**KCT8239S**
**U.S. Patent No. 9,450,579**
**Independent Claims 1 and 7**

Skyworks Solutions, Inc. ("Skyworks") provides this exemplary claim chart for independent claims 1 and 7 of U.S. Patent No. 9,450,579 (the "'579 patent") applied to Kangxi Communication Technologies (Shanghai) Co., Ltd's and Grand Chip Labs, Inc.'s (collectively, "KCT") KCT8239S product.  The disclosures in this claim chart directed to the KCT8239S are also more broadly directed to any sale, offer for sale, use, or importation of the KCT8239S in the U.S., including in an end product such as a wireless router or as a standalone product that is not incorporated in an end product.

The claim chart below demonstrates infringement by comparing each element of the charted claims to corresponding components, aspects, and/or features of the KCT8239S product.  This claim chart is not intended to constitute an expert report on infringement.  This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available sources regarding the KCT8239S product. Further analysis of non-public information during fact discovery will likely assist in identifying all infringing features and functionalities used by KCT in the KCT8239S product.  Accordingly, Skyworks reserves the right to supplement this infringement analysis once such information is made available to Skyworks.  Further, Skyworks reserves the right to supplement this infringement analysis, as appropriate, upon issuance of an order construing any terms recited in the asserted claims or as other circumstances so merit.

| Claim | KCT8239S |
|---|---|
| 1[pre] A semiconductor die comprising: | To the extent that the preamble of claim 1 is limiting, the KCT8239S comprises a semiconductor die.<br><br>For example, the KCT8239S has a semiconductor die, highlighted by the red box below.<br><br><br><br>*See, e.g.*, photo of the KCT8239S product identifying the semiconductor die. |

| Claim | KCT8239S |
|-------|----------|
| | For example, the KCT8239S product description below states that the KCT8239S is an "RF Front-end Module" that "is a fully integrated 802.11b/g/n/ac/ax WLAN RF Front-end module (FEM) which incorporates key RF functionality."[1] <br><br>  <br><br> *See, e.g.*, KCT8239S product description, https://perma.cc/NS2E-VPYU. |

---

[1] *See* https://perma.cc/NS2E-VPYU.

| Claim | KCT8239S |
|-------|----------|
|  | For example, the KCT8239S has an RF switch (indicated by the corresponding red arrow in the figure below) that selectively allows either transmission or reception of signals.[2] The KCT product description describes the switch as a "T/R switch" (indicated by the red underlining in the text below). The figure below also shows the power amplifier (indicated by the corresponding red arrow below), the antenna node (indicated by the corresponding red arrow below), the receive node (indicated by the corresponding red arrow below), the low noise amplifier (indicated by the corresponding red arrow below), and the input to the power amplifier (indicated by the corresponding red arrow below).<br><br> |

[2] See https://perma.cc/NS2E-VPYU.

4

| Claim | KCT8239S |
|---|---|
| | *See, e.g.*, KCT8239S product description and simplified block diagram, https://perma.cc/NS2E-VPYU.<br><br>For example, the photos below show the exterior of the KCT8239S device die package, front (left) and back (right).<br><br><br><br>*See, e.g.* photo of the KCT8239S product, exterior of package, front (left) and back (right). |
| 1[A] a semiconductor substrate; | The KCT8239S comprises a semiconductor substrate.<br><br>For example, a semiconductor substrate for the KCT8239S (indicated by black grid lines below) is the material upon which the devices on the die are fabricated. |

| Claim | KCT8239S |
|-------|----------|
| |  *See, e.g.*, photo of the KCT8239S product, annotated to show the location of the semiconductor substrate. |
| 1[B] a first switch circuit formed on the semiconductor substrate connected between an | The KCT8239S comprises a first switch circuit formed on the semiconductor substrate connected between an antenna node and a transmit node.<br><br>For example, in the KCT8239S, the first switch circuit (identified by the corresponding red arrow below) is connected between the antenna node ("ANT," highlighted by the red box) and the transmit node ("PA IN," highlighted by the red box). In transmit mode, the signal path from the transmit node, through the first switch |

| Claim | KCT8239S |
|---|---|
| antenna node and a transmit node; | circuit, and to the antenna node is shown by the dashed green line below. The first switch circuit is formed on the semiconductor substrate.<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8239S product's low noise amplifier die, annotated to show the location of a first switch circuit, transmit node, and antenna node.<br><br>*See also*, 1[pre]-1[A]. |
| 1[C] a second switch circuit formed on the | The KCT8239S comprises a second switch circuit formed on the semiconductor substrate and connected between the antenna node and a receive node. |

| Claim | KCT8239S |
|---|---|
| semiconductor substrate and connected between the antenna node and a receive node; | For example, in the KCT8239S, the second switch circuit (indicated by the corresponding red arrow below) is connected between the antenna node ("ANT," highlighted by the red box) and the receive node ("RX," highlighted by the corresponding red box below). In receive mode, the approximate signal path from the antenna node (ANT) to the receive node (RX) through the low noise amplifier (LNA) (indicated by the corresponding red arrow below) is shown by the purple dashed line in the figure below.  The second switch circuit is formed on the semiconductor substrate.<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8239S product's low noise amplifier die, annotated to show the location of a second switch circuit, receive node, low noise amplifier (LNA), and antenna node. |

8

| Claim | KCT8239S |
|---|---|
|  | *See also*, 1[pre]-1[A]. |
| 1[D] a first capacitor formed on the semiconductor substrate and connected in series with the first switch circuit between the first switch circuit and the antenna node; | The KCT8239S comprises a first capacitor formed on the semiconductor substrate and connected in series with the first switch circuit between the first switch circuit and the antenna node.<br><br>For example, in the KCT8239S, the first capacitor (indicated by the corresponding red arrow below) is formed on the semiconductor substrate and is connected in series with the first switch circuit (indicated by the corresponding red arrow below). The approximate signal path during transmit mode is shown by the green dashed line in the figure below. In addition, the first capacitor is located between the first switch circuit and the antenna node (ANT) (indicated by the corresponding red arrow below). |

| Claim | KCT8239S |
|---|---|
| |  *See, e.g.*, reverse engineered circuit schematic of the KCT8239S product's low noise amplifier die, annotated to show the location of the first switch circuit, first capacitor, and antenna node.<br><br>*See also*, 1[A]. |
| 1[E] a second capacitor formed on the semiconductor substrate and | The KCT8239S comprises a second capacitor formed on the semiconductor substrate and connected in series with the second switch circuit between the second switch circuit and the antenna node.<br><br>For example, in the KCT8239S, the second capacitor (indicated by the corresponding red arrow below) is formed on the semiconductor substrate and is connected in series with the second switch circuit (indicated by the |

| Claim | KCT8239S |
|---|---|
| connected in series with the second switch circuit between the second switch circuit and the antenna node; and | corresponding red arrow below). In receive mode, the approximate signal path from the antenna node (ANT) (indicated by the corresponding red arrow below) to the receive node (RX) (indicated by the corresponding red arrow below) through the low noise amplifier (LNA) (indicated by the corresponding red arrow below) is shown by the purple dashed line in the figure below.  In addition, the second capacitor is located between the second switch circuit and the antenna node (ANT).<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8239S product's low noise amplifier die, annotated to show the second capacitor, low noise amplifier (LNA), second switch circuit, receive node, and antenna node. |

| Claim | KCT8239S |
|---|---|
| | *See also*, 1[A]. |
| 1[F] a first shunt arm formed on the semiconductor substrate and connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground. | The KCT8239S comprises a first shunt arm formed on the semiconductor substrate and connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground.

For example, in the KCT8239S, the first shunt arm (indicated by the corresponding red bracket below) is formed on the semiconductor substrate and is connected to the first switch circuit (indicated by the corresponding red arrow below) and the transmit node (PA IN) (highlighted by a red box).  The first shunt arm (indicated by the corresponding bracket below) includes a third switch circuit (indicated by the corresponding red arrow below) connected to ground (GND_2) (indicated by the corresponding red arrow below). |

| Claim | KCT8239S |
|---|---|
| | <br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8239S product's low noise amplifier die identifying the transmit node, the first switch circuit, first shunt arm, third switch circuit, and ground.<br><br>*See also*, 1[A]. |
| 7[pre]. A method for operating a radio-frequency (RF) device, the | To the extent that the preamble of claim 7 is limiting, the KCT8239S performs a method for operating a radio-frequency (RF) device, comprising the steps shown below and for claim elements 7[A]-7[C]. |

| Claim | KCT8239S |
|---|---|
| method comprising: | For example, the KCT8239S product description below states that the KCT8239S is an "RF Front-end Module" that "is a fully integrated 802.11b/g/n/ac/ax WLAN RF Front-end module (FEM) which incorporates key RF functionality."[3]<br><br><br><br>*See, e.g.*, KCT8239S product description, https://perma.cc/NS2E-VPYU. |

---

[3] *See* https://perma.cc/NS2E-VPYU.

| Claim | KCT8239S |
|---|---|
| | For example, the KCT8239S has an RF switch (indicated by the corresponding red arrow in the figure below) that selectively allows either transmission or reception of signals.[4] The KCT product description describes the switch as a "T/R switch" (indicated by the red underlining in the text below). The figure below also shows the power amplifier (indicated by the corresponding red arrow below), the antenna node (indicated by the corresponding red arrow below), the receive node (indicated by the corresponding red arrow below), the low noise amplifier (indicated by the corresponding red arrow below), and the input to the power amplifier (indicated by the corresponding red arrow below). <br><br>  |

---

[4] *See* https://perma.cc/NS2E-VPYU.

| Claim | KCT8239S |
|-------|----------|
| | *See, e.g.*, KCT8239S product description and simplified block diagram, https://perma.cc/NS2E-VPYU.<br><br>For example, the photos below show the exterior of the KCT8239S device die package, front (left) and back (right).<br><br><br><br>*See, e.g.* photo of the KCT8239S product, exterior of package, front (left) and back (right). |
| 7[A] providing an RF device including a first switch circuit connected between an antenna node and | The KCT8239S provides an RF device including a first switch circuit connected between an antenna node and a transmit node, a second switch circuit connected between the antenna node and a receiver node, a first capacitor connected in series with the first switch circuity between the first switch circuit and the antenna node, a second capacitor connected in series with the second switch circuit between the second switch circuit and the antenna node, and a first shunt arm connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground. |

| Claim | KCT8239S |
|---|---|
| a transmit node, a second switch circuit connected between the antenna node and a receiver node, a first capacitor connected in series with the first switch circuity between the first switch circuit and the antenna node, a second capacitor connected in series with the second switch circuit between the second switch circuit and the antenna node, and a first shunt arm connected to the first switch circuit and the transmit node, the first shunt arm including a third switch | For example, the KCT8239S product description below states that the KCT8239S is an "RF Front-end Module" that "is a fully integrated 802.11b/g/n/ac/ax WLAN RF Front-end module (FEM) which incorporates key RF functionality."[5]<br><br><br><br>*See, e.g.*, KCT8239S product description, https://perma.cc/NS2E-VPYU. |

[5] *See* https://perma.cc/NS2E-VPYU.

| Claim | KCT8239S |
|---|---|
| circuit connected to ground; | *See also*, claims 1[pre]-1[F], 7[pre]. |
| 7[B] controlling an RF switch of the RF device by placing the first switch circuit in an ON state and placing the third switch circuit in an OFF state; and | The KCT8239S controls an RF switch of the RF device by placing the first switch circuit in an ON state and placing the third switch circuit in an OFF state.<br><br>For example, the KCT8239S has an RF switch (indicated by the corresponding red arrow in the figure below) that selectively allows either transmission or reception of signals.[6] The KCT product description describes the switch as a "T/R switch" (indicated by the red underlining in the text below). The figure below also shows the power amplifier (indicated by the corresponding red arrow below), the antenna node (indicated by the corresponding red arrow below), the receive node (indicated by the corresponding red arrow below), the low noise amplifier (indicated by the corresponding red arrow below), and the input to the power amplifier (indicated by the corresponding red arrow below). |

---

[6] *See* https://perma.cc/NS2E-VPYU.

| Claim | KCT8239S |
| --- | --- |
| |  *See, e.g.*, KCT8239S product description and simplified block diagram, https://perma.cc/NS2E-VPYU.<br><br>For example, during use, the RF switch of the KCT8239S works by turning ON the first switch circuit (indicated by the corresponding red arrow below) while turning OFF the third switch circuit (indicated by the corresponding red arrow below) to allow a signal to pass through the first switch circuit. This allows the signal to be transmitted from the transmit node (indicated by the corresponding red arrow below) to the antenna node (indicated by the corresponding red arrow below) as shown by the path of the green dashed line below. |

| Claim | KCT8239S |
|---|---|
| |  *See, e.g.*, reverse engineered circuit schematic of the KCT8239S product's low noise amplifier die, identifying the antenna node, first capacitor, first switch circuit, third switch circuit, and transmit node.<br><br>*See also*, claim 7[pre]. |
| 7[C] inhibiting a low-frequency blocker signal from mixing with | The KCT8239S inhibits a low-frequency blocker signal from mixing with a fundamental-frequency signal in the RF switch using the first capacitor. |

| Claim | KCT8239S |
|---|---|
| a fundamental-frequency signal in the RF switch using the first capacitor. | For example, during use, the first capacitor inhibits a low frequency blocker signal from mixing with a fundamental frequency signal in the RF switch (indicated by the corresponding red arrow below).<br><br><br><br>*See, e.g.*, KCT8239S simplified block diagram, https://perma.cc/NS2E-VPYU.<br><br>For example, in the KCT8239S, the positioning of the first capacitor (indicated by the corresponding red arrow below) between the antenna node (indicated by the corresponding red arrow below) and the first switch circuit performs this function. The first capacitor filters the low frequency signal because the low frequency signal, in contrast to a high frequency signal, allows the capacitor time to charge. This charging process stops a low frequency signal from continuing along the signal path during transmission (indicated by the green dashed line below). |

| Claim | KCT8239S |
|---|---|
| | <br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8239S product's low noise amplifier die, identifying the antenna node, first capacitor, first switch circuit, third switch circuit, and transmit node. |