# EXHIBIT 26

**EXHIBIT 26**
**SKYWORKS SOLUTIONS INC.'S INFRINGEMENT CHART**
**KCT8576HE**
**U.S. Patent No. 9,148,194**
**Independent Claim 4**

Skyworks Solutions, Inc. ("Skyworks") provides this exemplary claim chart for independent claim 4 of U.S. Patent No. 9,148,194 (the "'194 patent") applied to Kangxi Communication Technologies (Shanghai) Co., Ltd's and Grand Chip Labs, Inc.'s (collectively, "KCT") KCT8576HE product. The disclosures in this claim chart directed to the KCT8576HE are also more broadly directed to any sale, offer for sale, use, or importation of the KCT8576HE in the U.S., including in an end product such as a wireless router or as a standalone product that is not incorporated in an end product.

The claim chart below demonstrates infringement by comparing each element of the charted claim to corresponding components, aspects, and/or features of the KCT8576HE product. This claim chart is not intended to constitute an expert report on infringement. This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available sources regarding the KCT8576HE product. Further analysis of non-public information during fact discovery will likely assist in identifying all infringing features and functionalities used by KCT in the KCT8576HE product. Accordingly, Skyworks reserves the right to supplement this infringement analysis once such information is made available to Skyworks. Further, Skyworks reserves the right to supplement this infringement analysis, as appropriate, upon issuance of an order construing any terms recited in the asserted claim or as other circumstances so merit.

| Claim 4 | KCT8576HE |
|---|---|
| 4[pre] A radio-frequency (RF) switch system comprising: | To the extent the preamble of claim 4 is limiting, the KCT8576HE comprises a radio-frequency (RF) switch system.<br><br>For example, the KCT8576HE product description below states that the KCT8576HE is an "RF Front-end Module" that "incorporates key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the 5.15-5.95GHz range."[1]<br><br>KCT8576HE<br>**5GHz Mid-High Power 802.11ax RF Front-end Module**<br>**Introduction**<br>KCT8576HE is a highly integrated RF front-end integrated circuit incorporates key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the 5.15-5.95GHz range. KCT8576HE integrates a high-efficiency, high-linearity power amplifier (PA), a low noise amplifier (LNA) with bypass, the associated matching network, LO rejection, and harmonic filters all in one device.<br>KCT8576HE has simple and low-voltage control logic, and requires minimal external components. A power detector is also integrated for accurately monitoring of output power from the PA.<br>KCT8576HE is assembled in a compact, low-profile 2.5x2.5x0.55mm 16-lead QFN package. KCT8576HE is the ideal RF front-end solution for implementing 5GHz high-power WLAN systems supporting multiple standards including 802.11a/n/ac/ax.<br>KCT 8576HE<br><br>*See, e.g.*, KCT8576HE product description, https://perma.cc/N2ZN-83UW.<br><br>For example, as shown below, the KCT8576HE has a transmit/receive switch ("T/R switch") (indicated by the corresponding red arrow in the figure below) that selectively allows either transmission or reception of signals.[2] The figure below also shows the power amplifier (indicated by |

[1] *See* https://perma.cc/N2ZN-83UW.
[2] *See* https://perma.cc/N2ZN-83UW.

| Claim 4 | KCT8576HE |
|---|---|
| | the corresponding red arrow below), the antenna node (indicated by the corresponding red arrow below), the receive node (indicated by the corresponding red arrow below), the low noise amplifier (indicated by the corresponding red arrow below), and the input to the power amplifier (indicated by the corresponding red arrow below). |




*See, e.g.*, KCT8576HE product description, https://perma.cc/N2ZN-83UW.

For example, the photos below show the exterior of the KCT8576HE device die package, front (left) and back (right).

| Claim 4 | KCT8576HE |
| --- | --- |
| |   <br>*See, e.g*. photos of KCT8576HE product. |
| 4[A] a first switch circuit connected between an antenna node and a transmit node; | The KCT8576HE comprises a first switch circuit connected between an antenna node and a transmit node.<br><br>For example, in the KCT8576HE, the first switch circuit (identified by the corresponding red arrow below) is connected between the antenna node ("ANT," highlighted by the red box) and transmit node ("PA IN," highlighted by the red box). In transmit mode, the signal path from the transmit node, through the first switch circuit, and to the antenna node is shown by the green dashed line below. |

<table>
<tr><th>Claim 4</th><th>KCT8576HE</th></tr>
<tr><td></td><td>

<br>See, e.g., reverse engineered circuit schematic of KCT8576HE product’s low noise amplifier die, annotated to show the location of a first switch circuit, antenna node, and transmit node.</td></tr>
<tr><td>4[B] a second switch circuit connected between the antenna node</td><td>The KCT8576HE comprises a second switch circuit connected between the antenna node and a receive node.<br><br>For example, in the KCT8576HE, the second switch circuit (indicated by the corresponding red arrow below) is located between the antenna node (“ANT,” highlighted by the red box) and the receive node (“RX,” highlighted by the corresponding red box below). In receive mode, the approximate signal path from the antenna node (ANT) to the receive node (RX) through the low noise amplifier (LNA) is shown by the purple dashed line in the figure below.</td></tr>
</table>

| Claim 4 | KCT8576HE |
|---|---|
| and a receive node; | <br><br>*See, e.g.*, reverse engineered circuit schematic of KCT8576HE product's low noise amplifier die, annotated to show the location of a second switch circuit, receive node, low noise amplifier (LNA), and antenna node. |
| 4[C] a first capacitor connected in series with the first switch circuit | The KCT8576HE comprises a first capacitor connected in series with the first switch circuit between the first switch circuit and the antenna node.<br><br>For example, in the KCT8576HE, the first capacitor (indicated by the corresponding red arrow below) is connected in series with the first switch circuit (indicated by the corresponding red arrow below). The approximate signal path during transmit mode is shown by the green dashed line in the figure below. In addition, the first capacitor is |

| Claim 4 | KCT8576HE |
|---|---|
| between the first switch circuit and the antenna node; | located between the first switch circuit and the antenna node (ANT) (indicated by the corresponding red arrow below).<br><br>ANT<br>first capacitor<br>antenna node<br>Voltagate Reference<br>PA_IN<br>RX<br>first switch circuit<br>BACK3<br>LNA_EN<br>TX_EN<br>BACK1<br>BACK0<br>BACK4<br>BACK2<br><br>*See, e.g.*, reverse engineered circuit schematic of KCT8576HE product's low noise amplifier die, annotated to show the location of a first switch circuit, first capacitor, and antenna node. |
| 4[D] a second | The KCT8576HE comprises a second capacitor connected in series with the second switch circuit between the second switch circuit and the antenna node. |

| Claim 4 | KCT8576HE |
|---|---|
| capacitor connected in series with the second switch circuit between the second switch circuit and the antenna node; | For example, in the KCT8576HE, the second capacitor (indicated by the corresponding red arrow below) is connected in series with the second switch circuit (indicated by the corresponding red arrow below). In receive mode, the approximate signal path from the antenna node (ANT) (indicated by the corresponding red arrow below) to the receive node (RX) (indicated by the corresponding red arrow below) through the low noise amplifier (LNA) (indicated by the corresponding red arrow below) is shown by the purple dashed line in the figure below. In addition, the second capacitor is located between the second switch circuit and the antenna node (ANT).<br><br>antenna node<br>ANT<br>Voltagate Reference<br>receive node<br>RX<br>PA_IN<br>second capacitor<br>second switch circuit<br>LNA<br>BACK3<br>LNA_EN<br>TX_EN<br>BACK1<br>BACK0<br>BACK4<br>BACK2<br><br>*See, e.g.*, reverse engineered circuit schematic of KCT8576HE product's low noise amplifier die, annotated to show the location of the second capacitor, low noise amplifier (LNA), second switch circuit, receive node, and antenna |

| Claim 4 | KCT8576HE |
|---|---|
| | node. |
| 4[E] a first shunt arm connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground and a third capacitor connected between the third switch circuit and the transmit node. | The KCT8576HE comprises a first shunt arm connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground and a third capacitor connected between the third switch circuit and the transmit node.<br><br>For example, in the KCT8576HE, the first shunt arm (indicated by the dashed line box below) is connected to the first switch circuit (indicated by the corresponding red arrow below) and the transmit node (PA IN) (highlighted by a red box). The first shunt arm includes a third switch circuit (indicated by the corresponding red bracket below) connected to ground (BACK3) (indicated by the corresponding red arrow below) and a third capacitor (indicated by the corresponding red arrow below). The third capacitor (indicated by the corresponding red arrow below) is connected between the third switch circuit and the transmit node. |

<table>
<tr><th>Claim 4</th><th>KCT8576HE</th></tr>
<tr><td></td><td>


See, e.g., reverse engineered circuit schematic of KCT8576HE product's low noise amplifier die identifying the transmit node, first switch circuit, first shunt arm, third switch circuit, third capacitor, and ground.</td></tr>
</table>