| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| James M. Dowd <br> James.Dowd@wilmerhale.com <br> Wilmer Cutler Pickering Hale and Dorr <br> 350 South Grand Avenue, Suite 2400 <br> Los Angeles, CA 90071 <br> Tel: (213) 443 5300 | |
| ATTORNEY(S) FOR: SKYWORKS SOLUTIONS, INC. | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| SKYWORKS SOLUTIONS, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:24-cv-00974 |
| v. | |
| KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD. ET AL. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    SKYWORKS SOLUTIONS, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| 1. Skyworks Solutions, Inc. | 1. Plaintiff |
| 2. The Vanguard Group, Inc. | 2. Owner of more than 10% of Skyworks Solutions, Inc. stock |

May 6, 2024                                    /s/ James M. Dowd
Date                                           Signature

Attorney of record for (or name of party appearing in pro per):

SKYWORKS SOLUTIONS, INC.