Name and address:
Derek A. Gosma
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC. <br><br> Plaintiff(s) <br><br> v. <br><br> KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD. ET AL. <br><br> Defendant(s). | CASE NUMBER <br><br> 8:24-cv-00974 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Saxton, Kate M.                                     of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(617) 526-6253                     (617) 526-5000

*Telephone Number*        *Fax Number*

Kate.Saxton@Wilmerhale.com

*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Skyworks Solutions, Inc.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Gosma, Derek A.                                     of

*Designee's Name (Last Name, First Name & Middle Initial)*

274515              (213) 443-5308              (213) 443-5400

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

Derek.Gosma@Wilmerhale.com

*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

       ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

       ☐ for failure to complete Application: _____

       ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

       ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

       ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____        _____

                                         **U.S. District Judge/U.S. Magistrate Judge**