# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skyworks Solutions, Inc.<br><br>PLAINTIFF(S)<br>v.<br>Kangxi Communication Technologies Shanghai Co., Ltd. et al<br><br>DEFENDANT(S) | CASE NUMBER<br>8:24-cv-00974-KES<br><br>NOTICE OF CLERICAL ERROR |

You are hereby notified that due to a clerical error ☒ documents associated with the filing of the new action ☒ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: Notice to Counsel re Magistrate Judge Direct Assignment Program

Filed date: 5/7/2024     Document Number(s): 13

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 21-01, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☒ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: 8:24-cv-00974-DDP (ADSx)

☒ Other: Due to clerical error this case was incorrectly assigned under the Magistrate Judge Program. The case has been reassigned to District Judge Dean D. Pregerson and Magistrate Judge Autumn D. Spaeth.

CLERK, U.S. DISTRICT COURT

Date: May 7, 2024      By: Estrella_Liberato@cacd.uscourts.gov
                            Deputy Clerk