**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| SKYWORKS SOLUTIONS, INC. | SACV 24-00974 DDP (ADSx) |
| PLAINTIFF(S) | |
| v. | |
| KANGXI COMMUNICATION TECHNOLOGIES SHANGHAI CO., LTD. | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

MAY 10, 2024
Date

United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _____ Fred W. Slaughter _____ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials _____ FWS _____ after the case number in place of the initials of the prior judge so that the case number will read  8:24-cv-00974 FWS(ADSx . This is very important because documents are routed to the assigned judge by means of the initials.

cc:   ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (06/23)                    ORDER RETURNING CASE FOR REASSIGNMENT