# EXHIBIT 2

Deliver to George
Bedford 01730 | Electronics | Search Amazon | EN | Hello, George Account & Lists | Returns & Orders | 0

All | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Buy Again | Livestreams | Amazon Business | Pharmacy | 4 days until Prime Day

**All Electronics** | Deals | Best Sellers | TV & Video | Audio & Home Theater | Computers | Camera & Photo | Wearable Technology | Car Electronics & GPS | Portable Audio

Sponsored

## Customers who viewed this item also viewed

Reyee E5 Router and Rex12 Extender
5.0 4
$144.99

TP-Link AX1800 WiFi 6 Router (Archer AX21) – Dual Band Wireless Internet Router,
4.5 26,191
$84.99

TP-Link AX3000 WiFi 6 Router – 802.11ax Wireless Router, Gigabit, Dual Band Internet
4.5 7,185
$99.99

Electronics › Computers & Accessories › Networking Products › Routers

**Purchased 2 times**
Last purchased Jul 11, 2024
Model: **AX3200**

View order | Set reminder

10 VIDEOS

Roll over image to zoom in

# Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Band Gigabit Computer Router Mesh Support for Homes up to 3000 Sq. ft. - E5

Visit the Reyee Store
4.2 1,961 ratings
| Search this page
1K+ bought in past month

-31% $89.99
List Price: ~~$129.99~~

Or **$22.50** / 2 weeks (x4). Select from 1 plan

Overnight
FREE Returns

With **Amazon Business**, you would have **saved $91.01** in the last year. Create a free account and **save up to 11%** today.

Model: **AX3200**

AX3200
$89.99

**Bundles with this item**

Delivery | Pickup

$89.99

Overnight
FREE Returns

FREE delivery **Overnight**
**4 AM - 8 AM**. Order within 5 hrs 32 mins

Deliver to George - Bedford 01730

## In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by Reyee Direct
Returns Eligible for Return, Refund or Replacement...
Payment Secure transaction

See more

**Add a Protection Plan:**

- [ ] 3-Year Protection for $11.99
- [ ] 4-Year Protection for $15.99
- [ ] Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

- [ ] Add a gift receipt for easy returns

Add to List




amazon business

**Save up to 11%** on this product with business-only pricing.

Create a free account

Sponsored

RG-E5 & RG-Rex12 Bundle

-30% $144.99

List: ~~$209.98~~

See all bundles

| | |
|---|---|
| **Brand** | Reyee |
| **Model Name** | AX3200 |
| **Special Feature** | Beamforming, Wi-Fi, Whole Home Mesh, Wireless, Connects Up<br>See more |
| **Frequency** | Dual-Band |

See more

## About this item

- An Unprecedented Wireless Experience with Wi-Fi 6: The AX3200 Wi-Fi 6 Wireless Router features a dual-band signal with a 5G transfer rate of 2400Mbps and a 2.4G transfer rate of 800Mbps, which reduces buffering and latency while allowing smooth roaming.It is not compatible to rout local DNS through Pi Hole.Attention: E5 is a router, not a modem, and requires a modem for proper functioning.
- Better Signal: This Wi-Fi 6 Wireless Router includes 8 omnidirectional antennas with 4+4 high-power FEM amplifiers. The wireless signal coverage can reach up to 3000 square feet when combined with beamforming filtering. The signal is stronger when it passes through one more wall than four antennas, and diverse room kinds are not afraid.
- Multi-user-friendly design: This Wi-Fi 6 Wireless Router supports the 802.11ax Wi-Fi standard, allowing many users to share channels and connect up to 128 devices, increasing network capacity and efficiency in congested areas. Easily address the party's multi-device dilemma.
- The One-Click Reyee Mesh Advantage: To create a network and finalize the pairing of several devices, click the Reyee Mesh button. One-click setup, and the entire house is wifi6.
- High Performance and Stability: If your network isn't up to par, consider purchasing the Reyee AX3200 . Our wireless router provides a stable network with high performance for 78 devices using the groundbreaking OFDMA feature and MU-MIMO technology,allowing for simultaneous video streaming and greater family connectivity.
- Attention: E5 is a router, not a modem, and requires a modem for

proper functioning.

Report an issue with this product or seller

### Consider a similar item

TP-Link AC4000 Smart WiFi Router - Tri Band Router , MU-MIMO, VPN Server, Antivirus/Parental Control, 1.8GHz CPU, Gigabit, Beamforming, (Archer A20),Black (Renewed)
(454)
$69.99
Climate Pledge Friendly

Sponsored

## Reyee products customers bought together

+

Total price: $149.98

Add both to Cart

**This item:** Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8…
4.2 1,961
-31% $89.99
List: ~~$129.99~~

Sponsored
Reyee WiFi Extender Booster Signal Repeater, AC1200 Mbps,WPA3,2 FEM Independen…
4.1 389
-25% $59.99
List: ~~$79.99~~

## More from frequently bought brands

Sponsored

TP-Link AC1900 WiFi Extender (RE550), Covers Up to 2800 Sq.ft and 35 Devices, 1900M...
25,577
$69.99
Save $15.00 with coupon

WiFi 6 Router AX3000 Wireless Internet High Speed Smart Router with 5dBi High-gain ...
19
Limited time deal
-10% $62.99
List Price: ~~$69.99~~

ARRIS (SB8200) - Cable Modem - Fast DOCSIS 3.1 , Approved for Comcast Xfinity, Cox,...
18,752
#1 Best Seller
$137.00

WAVLINK AC3000 Smart WiFi Router-MU-MIMO Tri-Band Gigabit Wireless Internet High Sp...
244
$69.99
Save 50% with coupon

Reyee AX6000 WiFi 6 Router, Wireless 8-Stream Gaming Router, 8 FEMs, 2.5G WAN,2.0 G...
215
Limited time deal
-37% $143.99
List Price: ~~$229.99~~

TP-Link Tri-Bar WiFi 7 Router A BE550 | 6-Strea 9.2Gbps | **Full 2**
43
$299.99

7/12/24, 5:27 PM Case 8:24-cv-00974-FWS-ADS Document 25-2 Filed 07/17/24 Page 5 of 13 Page ID #:652 Amazon.com: Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Ba…

## From the brand

**Our Mission**

Redefine Your Easy Network

**About Us**

Reyee is a globally recognized brand that aims to ensure seamleess connectivity for your smart home and beyond. Our product range includes Wi-Fi routers, Mesh Wi-Fi systems, and Wi-Fi extenders - all designed to cater to your networking needs.

Reyee

Redefine Your Easy Network

## Product guides and documents

Installation Manual (PDF)

Troubleshooting Guide (PDF)

User Manual (PDF)

## Product Description

Product Comparison

6 Independent SSIDs

Product Comparison
0 FEM
Full signal
Wall
Weak
Wall
No signal
Wall
No signal
4 FEM
Full signal
Wall
Moderate
Wall
Weak
Wall
Weak
2 FEM
Full signal
Wall
Weak
Wall
No signal
Wall
No signal
8 FEM
Full signal
Wall
Full signal
Wall
Moderate
Wall
Moderate

https://www.amazon.com/Reyee-Wireless-Omnidirectional-Antennas-Internet/dp/B09GFP2FHL 4/12



7/12/24, 5:27 PM Amazon.com: Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Ba…

Reyee Technologies Penetrating Walls Connected Devices

Desktop
IPTV
Monitor
Printer
Enterprise-Grade Chip Solution
8 High-gain Antennas
Gigabit Ethernet Ports

Reyee Mesh Reyee App

One Click to Connect Reyee Whole-Home Mesh

Highly Secure VPN Advanced Security

Highly Secure VPN
Supports OpenVPN/PPTP
Camera
Computer
Phone
Router(VPN Client)
VPN TUNNEL
Internet
VPN Servers

## Reyee WiFi 6 Wireless Router

https://www.amazon.com/Reyee-Wireless-Omnidirectional-Antennas-Internet/dp/B09GFP2FHL 5/12

7/12/24, 5:27 PM Amazon.com: Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Ba…

## Looking for specific info?

## Compare with similar items

**This Item** | **Recommendations**

Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8…

WiFi 6 Router AX3000 Wireless Internet High Speed Smart Router with 5dBi High-gain…

Wiflyer AX1800 4G LTE Router WiFi 6 (Z2101AX-PCIE-E), Dual Band Gigabit Wireless Router,…

TP-Link AC1900 Smart WiFi Router (Archer A8) -High Speed MU-MIMO Wireless Router, Dual…

https://www.amazon.com/Reyee-Wireless-Omnidirectional-Antennas-Internet/dp/B09GFP2FHL 6/12

| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
|---|---|---|---|---|
| **Price** | -31% $89.99 List: ~~$129.99~~ | -10% $62.99 Typical: ~~$69.99~~ | $119.99 | -13% $69.99 List: ~~$79.99~~ |
| **Delivery** | **Overnight by 8:00 AM** | **Overnight by 11:00 AM** | FREE Delivery | FREE Delivery |
| **Customer Ratings** | 4.2 1,961 | 4.6 20 | 3.6 42 | 4.5 8,687 |
| **WiFi Signal** | 4.1 | 4.3 | 5.0 | 4.5 |
| **User Interface** | 3.9 | 3.6 | 4.5 | 4.2 |
| **Tech Support** | 3.3 | 3.6 | 5.0 | 4.1 |
| **Easy To Install** | 4.1 | — | — | 4.7 |
| **Value For Money** | 3.9 | — | — | 4.6 |
| **Sold By** | Reyee Direct | Wirelessforce | Zbtlink INC | Amazon.com |
| **Connectivity Tech** | Ethernet | Ethernet, Wi-Fi | 3G 4G LTE, Ethernet, Wi-Fi | Wi-Fi, Ethernet |
| **Number Of Ports** | 5 | 3 | 4 | 5 |
| **Data Transfer Rate** | 3200 megabits per second | 2400 megabits per second | 1800 megabits per second | 1900 megabits per second |
| **Wireless Standard** | 802 11 AX, 802 11 AC, 802 11 N, 802 11 G, 802 11 B | 802 11 AX | 802 11 AX, 802 11 AC, 802 11 G | 802 11 AC, 802 11 B, 802 11 G, 802 11 N, 802 11 A |
| **Frequency Band Class** | dual band | dual band | dual band | dual band |
| **Lan Port Bandwidth** | 10/100 megabits per second | 10/100/1000Mbps | 1000Mbps | Gigabit |

## Product information

| | |
|---|---|
| Product Dimensions | 11 x 11 x 3 inches |
| Item Weight | 3.04 pounds |
| ASIN | B09GFP2FHL |
| Item model number | AX3200 |
| Customer Reviews | 4.2 1,961 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #1,786 in Electronics (See Top 100 in Electronics)<br>#18 in Computer Routers |
| Date First Available | November 4, 2021 |
| Manufacturer | Reyee |
| Country of Origin | China |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Videos

**Videos for this product**

4:36
Awesome Reyee WiFi 6 Router. Highly Efficient and Powerful!
Tools. Electro. DIY

1:07
Review of Reyee RG-E5 Router
Suzette and Jacob

3:29
Does Not Disappoint! Reyee WiFi 6 AX3200 Router Review
Dragon Blogger Tech and Entertain…

Video of
Reyee Dire

Upload your video

## What's in the box

- 1x Router,1x Power Adapter,1x Quick Installation Guide ,1x Ethernet cable

Sponsored

TP-Link AC1900 Smart WiFi Router (Archer A8) -High Speed MU-MIMO…
(8,687)
$69.99 List: ~~$79.99~~

Motorola MG8725 Ethernet WiFi 6 Router + Multi-Gig Cable Modem | 2-in-1 Devic…
(14,966)
$351.31

Reyee WiFi E
Repeater, AC
$59.99 List:

## Products related to this item

Sponsored

Aircove | Wi-Fi 6 VPN Router for Home | Protect Unlimited Devices | Free 30-Day…
806
$189.90

2024 WiFi 6 Extender Signal Booster, 2.4Gb/s Speed Longest Range Up to 12,000sq.ft,...
70
$99.90

2024 WiFi 6 Extender Signal Booster, 2.4Gb/s Speed Dual Band(5GHz / 2.4GHz) Longest...
22
$99.90

NETGEAR Nighthawk WiFi 6E Router (RAXE300) | AXE7800 Tri-Band Wireless…
1,837
$279.99

TP-Link AX3000 WiFi 6 Router – 802.11ax Wireless Router, Gigabit, Dual Band Interne...
7,175
$99.99
Save $15.00 with coupon

Reyee AX6000 Router, Wireles Stream Gaminc FEMs, 2.5G WA
2
Limited time dea
-37% $143
List Price: ~~$229.9~~

7/12/24, 5:27 PM Amazon.com: Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Ba…

Sponsored

## Customer reviews

4.2 out of 5

1,961 global ratings

| | |
|---|---|
| 5 star | 67% |
| 4 star | 13% |
| 3 star | 7% |
| 2 star | 3% |
| 1 star | 10% |

How customer reviews and ratings work

Sponsored

### Customers say

The router has a good speed and performance. Customers say it works well and has a strong signal. They find it easy to set up with an intuitive user interface and clear instructions. Customers are satisfied with the good value and design. However, opinions vary on the signal strength, features, and app quality.

AI-generated from the text of customer reviews

**Select to learn more**

Works well | Easy to set up | Fast speed | Design | Good value | Signal strength | App quality | Features

### Reviews with images

See all photos ›

SPEEDTEST
DOWNLOAD Mbps
165
UPLOAD Mbps
21.4

### Top reviews from the United States

Arcy

**Upgrade to new router.**

Reviewed in the United States on June 15, 2024

Model: AX3200 **Verified Purchase**

I had a 4-5 year old mesh router. I was getting a lot of buffering. My ISP recommended I replace my router. I searched and decided on this one. Set up was easy. The startup instructions are sparse but having said that, in less 10 minutes I was up and running. My mesh system had 2 remote routers.
I have only had this new router 3 days but signal strength is great all over my house and even outside with no remotes. Speed improvement is really noticeable. I have 200 Mbps fiber. I got at best, 150 Mbps. I m now consistently getting 180 Mbps or higher. All in all I am very happy with my purchase.

6 people found this helpful

Helpful Report

Barry Pace

**Initial review and set up of Dual Band router**

Reviewed in the United States on May 23, 2024

Model: AX3200 **Verified Purchase**

Wi-Fi 6 new technology, dual band capabilities of 5g and 2.4 to allow older wireless devices to connect. Has 8 high gain antennas, commercial grade processor, easy one button mesh capability if you want to expand to other outside buildings, and covers my entire house. from one location. Just download the app and follow easy set up instructions. Even has separate guest network built in and IoT networks to not interfere with core home devices.
Replaced my underperforming Spectrum with one that has twice the speed, parental controls, and ease of set up (10 mins). Based on lots of research before purchasing, this one met all expectations.

8 people found this helpful

https://www.amazon.com/Reyee-Wireless-Omnidirectional-Antennas-Internet/dp/B09GFP2FHL 9/12

Helpful Report

Afa

**Awesome and affordable**

Reviewed in the United States on May 30, 2024

Model: AX3200 **Verified Purchase**

So I'm going to start out with saying that this product is great for my needs. Doesn't have VPN client ability, but that's not really a huge deal for me is I can just install VPN on my devices. So minus that, It gives really good coverage and strong signal. I also included in the picture what I was using before which was the eero 6. I have Sonic fiber gigabit internet. I was using 2 eero 6 routers before in my studio apt and couldn't get internet in the kitchen even though I had one of them in the kitchen. This one router covers my whole house no problem and even where I wasn't getting any signal in the kitchen before, I'm getting strong 5 GHz single now. Also latency and response time has improved substantially. You can also skip the app if you like that requires registration and just set up your router via web browser like I did it was super simple and fast.

One person found this helpful

Helpful Report

Daniel C. Richards

**Better then Linksys**

Reviewed in the United States on February 15, 2023

Model: AX3200 **Verified Purchase**

I've used Linksys and Netgear Routers in the past, the router this unit replaced is a Linksys WRT1900ACS, it's still a perfectly functional router and more then fast enough to support my 100mbps down internet connection but it simply lacked the Range I needed now that i'm expanding my smart home IoT devices, my Router is on a high shelf in the basement in the center of the house (roughly) as there are several things that needed to be hardwired to the router down there. I have one smart outlet on a fence post that just barely got like 2-4mbps down speeds on my phone at it's location on the old Linksys router, with this router my phone now gets 15-20mbps down speeds at that same location, I tested my phone using a Wifi Analyzer app with both routers running at a point near the fence post and the Linksys was roughly around -73dbm and this router was around -63dbm, so this definitely wins the range game compared to the Linksys, but it still wasn't enough range for my grand plan of IoT devices so I took advantage of another feature of this Router, it's support of Mesh Wifi, so I bought the Reyee RG-R6 2-pack to go along with it, talk about easy to setup, I simply plugged the 2 of them into power, went to this router and pressed the button on top, within minutes both of the RG-R6's where paired and then I moved them to their final

Read more

59 people found this helpful

Helpful Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Evaluadora online

**Se desconecta mucho**

Reviewed in Mexico on March 30, 2024

Model: AX3200 **Verified Purchase**

Lo compré por qué sus características demostraban tener un funcionamiento óptimo. En papel mostraban las mejoras frente a otros routers, mostraban que tenías mejor recepción y que la señal era muy buena por la implemmntación de los componentes de calidad. Sin embargo, en pruebas sintéticas fue una decepción. Se desconecta a bastante, no permitía conectar dispositivos. Por cable no reconocía la red. El modo repetidor fue un dolor de cabeza ya que la conexión wifi aparecía conectado pero no se podía navegar por internet. Es la peor experiencia con un módem.

Report

Translate review to English

See more reviews ›

Sponsored

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations

Case 8:24-cv-00974-FWS-ADS Document 25-2 Filed 07/17/24 Page 13 of 13 Page ID #:660

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates