# EXHIBIT 3

## Shipped on September 18, 2023

| Items Ordered | Price |
|---|---|
| 1 of: *Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Band Gigabit Computer Router Mesh Support for Homes up to 3000 Sq. ft. - E5* | $117.99 |

Sold by: Reyee Direct (seller profile)
Supplied by: Reyee Direct (seller profile)

Condition: New

### Shipping Address:

███████████████
SKYWORKS SOLUTIONS INC
5221 CALIFORNIA AVE
IRVINE, CA 92617-3073
United States

### Shipping Speed:
FREE Prime Delivery