# EXHIBIT 6

4/18/24, 12:48 PM Amazon.com: D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gaming & Streaming, Compatible with …

Case 8:24-cv-00974-FWS-ADS    Document 25-6    Filed 07/17/24    Page 2 of 12   Page ID #:729



Deliver to George
Weston 02493

Electronics

Search Amazon

EN

Hello, George
Account & Lists

Returns
& Orders

0

All | Mother's Day Gifts | Everyday Essentials | Medical Care | Groceries | Buy Again | Coupons | Pharmacy | Livestreams | Household, Health & Baby Care

Computers | Laptops | Desktops | Monitors | Tablets | Computer Accessories | PC Components | PC Gaming | Deals

Sponsored

### Customers who viewed this item also viewed



Tenda AC1200 Smart WiFi Router, High Speed Dual Band Wireless Internet Router with
16,939
$24⁹⁹



TP-Link Wifi 6 AX1500 Smart WiFi Router (Archer AX10) 802.11ax Router, Dual Band
596
$44⁷⁵



D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX3200) - Optimized for
728
$79⁹⁹

‹ Electronics › Computers & Accessories › Networking Products › Routers



Roll over image to zoom in

VIDEO

## D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gaming & Streaming, Compatible with Alexa and Google, AX1800 (R18)

Visit the D-Link Store

410 | Search this page

$59⁹⁹

Or **$11.08** /mo (6 mo). **Select from 1 plan**
One-Day

**FREE Returns**

Or **$20.00/month for 3 months** on your eligible Citi credit card, with 0% promo APR

May be available at a lower price from **other sellers**, potentially without free Prime shipping.

**Style:** AX1800

| AC1900 Router | AX1800 |
|---|---|
| $39.95 | $59.99 |

| Brand | D-Link |
|---|---|
| Model Name | AX1800 AI Optimized WiFi 6 Smart Mesh Router (R18) |
| Special Feature | Beamforming, Alexa Compatible, Access Point Mode, Internet Security, OFDMA |

See more

### About this item

- POWERFUL WI-FI COVERAGE THAT CAN GROW: Four high-gain internal antennas, high-power amplifier, and beamforming technology combine for 3,000 sq. ft of strong, reliable Wi-Fi throughout your home.
- GREATER COVERAGE: Beamforming plus four 5dBi high-gain antennas enhance the WiFi coverage performance for superior coverage.

### Delivery | Pickup

$59⁹⁹
One-Day

**FREE Returns**

FREE delivery **Tomorrow**. Order within **4 hrs 42 mins**

Deliver to George - Weston 02493

**Only 13 left in stock - order soon.**

Quantity: 1



**Add to Cart**

**Buy Now**

Ships from  Amazon.com
Sold by     Amazon.com
Returns     Eligible for Return, Refund or Replacement…
Support     Product support included

⌄ See more

☐ Add a gift receipt for easy returns

**Add to List**

New (2) from
$53⁹⁹ & **FREE Shipping**

- GIGABIT PORTS: Gigabit WAN port lets you get the most from your Internet connections while the Gigabit LAN ports let you connect wired devices for ultra-fast speeds.
- CONNECT MORE DEVICES: Designed for better performance in device-dense environments, Wi-Fi performance is maximized by OFDMA and MU-MIMO technology increasing capacity by up to 4X to enable simultaneous transmission to more devices.
- ENHANCED PARENTAL CONTROLS: Create profiles for your children, set schedules, block specific web domains, pause the Internet and more, all from the EAGLE PRO AI App.
- FEATURE RICH: Voice Control, Beamforming, WPA3 Encryption, BSS Colouring, SmartConnect, Mesh Capabilities, Auto Firmware Updates, Easy App Setup and Management.
- AI OPTIMIZED WI-FI: Built-in AI self-healing and learning capabilities enable the R18 router to run at peak performance, deliver faster and more reliable Wi-Fi performance.

⌄ Show more

Report an issue with this product or seller

Sponsored

---

### Consider a similar item



TP-Link Wifi 6 AX1500 Smart WiFi Router (Archer AX10) 802.11ax Router, Dual Band AX Router,Beamforming,OFDMA, MU-MIMO, Parental Controls, Works with Alexa (Renewed)
★★★★☆ (596)
$44.75
🌿 Climate Pledge Friendly

Sponsored

---

## Buy it with

 +  + 

Total price: $81.97

[ Add all 3 to Cart ]

Some of these items ship sooner than the others.
Show details

**This item:** D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gami…
$59⁹⁹

Jadaol Cat 6 Ethernet Cable 50 ft, Outdoor&Indoor 10Gbps Support Cat8 Cat7 Network, Flat High…
$12⁹⁹ ($0.02/Inch)

3.5mm Premium Auxiliary Stereo Audio Cable to RCA Audio Splitter AV Adapter Cable, Video AV…
$8⁹⁹

---

## 4 stars and above

Sponsored ⓘ

4/18/24, 12:43 PM Amazon.com: D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gaming & Streaming, Compatible with …

Case 8:24-cv-00974-FWS-ADS Document 25-6 Filed 07/17/24 Page 4 of 12 Page ID #:731

     

TP-Link AX3000 WiFi 6 Router – 802.11ax Wireless Router, Gigabit, Dual Band Interne… 6,474
$109⁹⁹

NETGEAR Nighthawk 6-Stream Dual-Band WiFi 6 Router (RAX54S) – AX5400 Wireless… 1,691
$199⁹⁹

TP-Link AC1200 WiFi Extender, 2023 Engadget Best Budget pick, 1.2Gbps signal… 200,526
10% off  Limited time deal
$26⁹⁹
List: $29.99
Save $3.00 with coupon

D-Link AX3000 WiFi 6 Mesh System (2-Pk) - Contemporary Ecofriendly Design… 520
$129⁹⁹

TP-Link AX1500 WiFi Extender Internet Booster(RE500X), WiFi 6 Range Extender Covers… 3,018
Amazon's Choice in Repeaters
44% off  Limited time deal
$49⁹⁹
List: $89.99

Reyee AX3000 WiFi Router, Dual Band Internet, 802.11 Wireless, Covera… 1,8..
$84⁹⁹

## Products related to this item
Sponsored

     

TP-Link AX3000 WiFi 6 Router – 802.11ax Wireless Router, Gigabit, Dual Band Interne… 6,474
$109⁹⁹

D-Link AX6000 WiFi 6 Mesh Router | Contemporary Design | High-Performance |… 18
$129⁹⁹

TP-Link AC1200 WiFi Extender, 2023 Engadget Best Budget pick, 1.2Gbps signal… 200,526
10% off  Limited time deal
$26⁹⁹
List: $29.99
Save $3.00 with coupon

NETGEAR Nighthawk 6-Stream Dual-Band WiFi 6 Router (RAX54S) – AX5400 Wireless… 1,691
$199⁹⁹

NETGEAR Nighthawk 6-Stream AX5400 WiFi 6 Router (RAX50) - AX5400 Dual Band… 6,540
$160⁰⁰

D-Link AX3000 Mesh Router - Contemporary Ecofriendly Desi… 52
$69⁹⁹

## From the brand

4/18/24, 12:48 PM                    Amazon.com: D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gaming & Streaming, Compatible with …

Case 8:24-cv-00974-FWS-ADS    Document 25-6    Filed 07/17/24    Page 5 of 12    Page ID #:732

## From the manufacturer

### Introducing the D-Link AX1800 EAGLE PRO AI Dual Band WiFi 6 Router (R18)

### Future Proof Your Wi-Fi with Wi-Fi 6 - Fast WiFi 6 - No Dead Zones - The Power to Handle More Devices

The R18 AX1800 Wi-Fi 6 router avoids interference to deliver fast wireless speeds, improved coverage, and reliable connections in and around your home. Powered by AX1800 Wi-Fi 6 and equipped with 4 external high-gain antennas, MU-MINO, and beamforming technology, you can expect fast WiFi 6 speeds, great Wi-Fi coverage, and the power to handle more connected devices. It's the perfect answer to the growing number of connected devices in your home.

Perfect for:

- Replacing your slow wireless router
- Adding Wi-Fi 6 to your inflexible ISP router
- Getting greater coverage in and around your home

### High Performance Network

### Why Upgrade? Future-proof to Wi-Fi 6 Performance. - The Wi-Fi 6 Difference

Wi-Fi 6 brings next-generation Wi-Fi technology into your home, giving you the quantum leap in capacity, speed, and range you need to handle all your Wi-Fi demands. Perfect for demanding, device-dense smart homes. Your home network gains more WiFi streams to handle high-demand applications, like 4K TVs, online gaming, PCVR gaming, video calls, and more on the growing number of devices in our home.

Wi-Fi 6 improvements come from the efficient use of Wi-Fi features.

- OFDMA increases throughput and provides smooth WiFi to more devices
- BSS coloring reduces interference from neighbors
- More Wi-Fi streams for shorter response times and less latency
- Beam-Forming manages antenna power and selection to steer focus Wi-Fi signals
- Increases battery life of devices with Target Wake Time
- 100% backward compatible with Wi-Fi 5 (11b/11a/11n/11ac)

### Advanced Features

#### Wi-Fi 6 Performance & Speed

**Next-gen Wi-Fi 6 Speeds up to 1800 Mbps (574 Mbps + 1200 Mbps)** - Get 2.4 GHz bands up to 90% faster and 5 GHz band speeds up to 39% faster than the equivalent 11ac, for smoother 4K streaming, more responsive LAG free gaming, and ultra-fast downloads, all on more devices simultaneously.

#### Scalable Mesh Wi-Fi

**Create and customize a whole-home mesh WiFi 6 experience!** Ideal for homes of any shape or size, the R18 can cover up to 2,300 sq ft., but if you need more, add more R18 EAGLE PRO AI Mesh Routers to create an even larger Mesh network with a single shared name and password. Devices will auto-connect to the strongest Wifi signal for uninterrupted coverage as you move around your home.

#### Security Features that Help Protect your WiFi

WPA3 offers more resilient, deep-encryption, and password-based authentication.

Device hardware and software are managed under IEC 62443, a life-cycle series of standards that address cybersecurity for operational technology in automation and control systems.

Guest Wi-Fi helps prevent visitors from accessing your local network.

With Firmware Over The Air (FOTA) updates, help keep your system up to date and running at peak performance without lifting a finger.

#### Exclusive Advanced Chipset

Embedded with an advanced chipset designed exclusively for D-Link AI networking to give your household superb internet experiences. Its unique algorithms with deep learning and self-healing capabilities ensure home Wi-Fi is optimized and better than the day before.

### One MESH network.... So MUCH WI-FI COVERAGE!!

### One Seamless Mesh Network

Each EAGLE PRO AI Mesh Wi-Fi Access Point works together to create one network, seamlessly connecting you to the strongest signal as you move from room to room, eliminating the need to disconnect and reconnect to different Wi-Fi networks in your home. Customize your placement to get the best performance for your environment using the built-in Wi-Fi signal strength indicators.

### Feature Rich with Advanced Management and Performance Features

### Working behind the scenes to keep your Wi-Fi optimized

The R18 is part of the EAGLE PRO AI Series, which brings AI-enhanced capabilities to optimize your Wi-Fi. Get the EAGLE PRO AI Series in your home and experience the power and convenience of AI powered Wi-Fi.

4/18/24, 12:42 PM — Amazon.com: D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gaming & Streaming, Compatible with …

Case 8:24-cv-00974-FWS-ADS   Document 25-6   Filed 07/17/24   Page 6 of 12   Page ID #:733

**AI Wi-Fi Assistant** - Intelligently monitors your network's performance to give simple, actionable recommendations to keep your network at peak performance.

**AI Wi-Fi Optimizer** - A dedicated antenna scans your environment to keep you on the cleanest channel.

**AI Mesh Optimizer** - Mesh nodes collaborate with each other to optimize network traffic.

**AI Traffic Optimizer** - Keeps your activities uninterrupted, whether you're gaming, voice calling, video streaming, or downloading.

**Easy App Setup and Management with the Eagle Pro AI App** - Use the Eagle Pro AI mobile app to ease your configuration with a few clicks. Scan the QR code and follow the straight forward steps to effortless installation.

## Looking for specific info?

## Product information

| | |
|---|---|
| Product Dimensions | 6.25 x 9.12 x 2.25 inches |
| Item Weight | 9.6 ounces |
| ASIN | B0C1JN2VR9 |
| Item model number | R18 |
| Customer Reviews | 410  4.0 out of 5 stars |
| Best Sellers Rank | #47,336 in Electronics (See Top 100 in Electronics)  #352 in Computer Routers |
| Date First Available | September 1, 2023 |
| Manufacturer | D-Link Systems, Inc. |
| Country of Origin | Taiwan |

### Warranty & Support

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

### Feedback

Would you like to **tell us about a lower price?**

## Videos

### Videos for this product



0:50

**D-Link Eagle Pro Ai WiFi 6 Smart Internet Router AX18000 R18**
D-Link Systems, Inc

Upload your video

## Compare with similar items

**This Item** | **Recommendations**



4/18/24, 12:43 PM   Amazon.com: D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gaming & Streaming, Compatible with …

Case 8:24-cv-00974-FWS-ADS    Document 25-6    Filed 07/17/24    Page 7 of 12    Page ID #:734

| | D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gaming &… Add to Cart | D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX3200) - Optimized for Gaming &… Add to Cart | D-Link M15/3, Eagle Pro AI Mesh WiFi 6 Router System (3-Pack) - Multi-Pack for Smart Wireless… Add to Cart | D-Link Eagle Pro AI Mesh WiFi 6 Router System (3-Pack) - Multi-Pack for Smart Wireless Interne… Add to Cart |
|---|---|---|---|---|
| Price | $59.99 | $79.99 | $99.99 | $149.77 |
| Delivery | FREE One-Day | FREE One-Day | FREE One-Day | FREE One-Day |
| Customer Ratings | 4.0  410 | 4.1  728 | 3.6  112 | 3.7  82 |
| WiFi Signal | — | 3.9 | 3.8 | 3.6 |
| User Interface | — | 3.8 | 2.7 | — |
| Value For Money | — | 3.4 | 3.3 | 2.7 |
| Tech Support | — | 3.2 | 4.1 | — |
| Easy To Install | — | 4.0 | — | — |
| Sold By | Amazon.com | Amazon.com | Amazon.com | Amazon.com |
| Connectivity Tech | Wi-Fi, Ethernet | Wi-Fi, Ethernet | Ethernet, Wi-Fi | Wi-Fi, Ethernet |
| Number Of Ports | 4 | 4 | 6 | 2 |
| Data Transfer Rate | 1800 megabits per second | 3200 megabits per second | 1500 megabits per second | 3200 megabits per second |
| Wireless Standard | 802 11 AX, 802 11 AC, 802 11 N, 802 11 G | 802 11 AX, 802 11 AC, 802 11 N, 802 11 G | 802 11 AX, 802 11 AC, 802 11 N, 802 11 G | 802 11 AX, 802 11 AC, 802 11 N, 802 11 G |
| Frequency Band Class | dual band | dual band | dual band | dual band |
| Max Upstream Rate | 1800 megabits per second | 3200 megabits per second | 1500 megabits per second | 3200 megabits per second |

## What's in the box

- 1x Router, 1x Power Adapter, 1x Ethernet cable, 1x QIG, 1x QIC, 1x Voice Assistant Guide

## Product Description

Offering next generation Wi-Fi 6 performance, the Eagle Pro AI AX1800 Wi-Fi 6 Smart Router (R18) has the speed, capacity and range to stand up to your demanding home networking. With Wi-Fi 6 speeds of up to 574 Mbps (2.4 GHz) + 1200 Mbps (5 GHz), the R18 utilizes advanced features such as 1024-QAM, 4 simultaneous streams, and OFDMA to enhance bandwidth intensive activities like 4K streaming, video conferencing, PCVR online gaming and more, all on the growing number of connected devices in your home. The R18 also takes management to the next level. Setup and enhanced parental controls are made easy with the free Eagle Pro AI app. Voice Control with the Google Assistant or Alexa lets you manage your network without lifting a finger. And as per the name, the Eagle Pro AI series offers a built-in AI engine, that works behind the scenes to keep your Wi-Fi optimized and running at peak performance..

Sponsored

| NETGEAR  Shop the Store on Amazon › | TP-Link  Shop the Store on Amazon › | Reyee  Shop the Store on Amazon › |
|---|---|---|
| NETGEAR Orbi Quad-Band WiFi 6E Mesh System (RBKE963), Router with 2 Satelli…  1,392  $1,299.99  List: $1,499.99 | TP-Link Deco WiFi 6 Mesh System(Deco X20) - Covers up to 5800 Sq.Ft., Replac…  13,144  $159.99  Typical: $179.99 |  Reyee AX300 Internet, 802  $84.99  Typic |

4/18/24, 12:43 PM                     Amazon.com: D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gaming & Streaming, Compatible with ...

Case 8:24-cv-00974-FWS-ADS    Document 25-6    Filed 07/17/24    Page 8 of 12   Page ID #:735

## Products related to this item

Sponsored

    

| TP-Link AX3000 WiFi 6 Router – 802.11ax Wireless Router, Gigabit, Dual Band Interne... | D-Link AX6000 WiFi 6 Mesh Router \| Contemporary Design \| High-Performance \| ... | NETGEAR Nighthawk 6-Stream Dual-Band WiFi 6 Router (RAX54S) – AX5400 Wireless... | Computer Routers, AX3000 WiFi 6 Router for Gaming and Streaming, Dual Band,... | TP-Link Tapo 2K QHD Security Camera, Indoor/Outdoor, 2024 PCMag Edito... | Hitron CODA DOCSIS Modem \| Pairs with WiFi Router or M... \| Certified ... |
|---|---|---|---|---|---|
| 6,474 | 18 | 1,691 | 6 | 253 | 97 |
| $109⁹⁹ | $129⁹⁹ | $199⁹⁹ | $119⁹⁹ | Amazon's Choice in Pet Cameras & Monitors | Amazon's Choice Computer Networking Modems |
|   |   |   | Save 20% with coupon | $39⁹⁹ | $99⁹⁹ |
|   |   |   |   | Save $10.00 with coupon |   |

Sponsored

## Customer reviews

**4 out of 5**

410 global ratings

| 5 star | | 61% |
| 4 star | | 11% |
| 3 star | | 6% |
| 2 star | | 7% |
| 1 star | | 14% |

How customer reviews and ratings work

### Customers say

Customers have mixed opinions on the performance, ease of setup, and signal strength of the networking router.

AI-generated from the text of customer reviews

`Performance`  `Signal strength`  `Ease of setup`  `Speed`

### Reviews with images

See all photos ›

  

`Top reviews`

### Top reviews from the United States

 Maurice B. Clark

**Great range and easy to setup**
Reviewed in the United States on April 24, 2020
Style: AC1900 Router    **Verified Purchase**

I have a fairly big home (3,400 sq ft) with my internet provider's modem/router downstairs and my big TV upstairs. While I have a fantastic internet package, my TV was constantly giving the buffering signal as it

4/18/24, 12:42 PM         Amazon.com: D-Link Eagle Pro Ai WiFi 6 Smart Internet Router [AX1800] - Optimized for Gaming & Streaming, Compatible with …

Case 8:24-cv-00974-FWS-ADS   Document 25-6   Filed 07/17/24   Page 9 of 12   Page ID #:736

was not getting a very good signal.

I tried using some cheap repeaters as an option which seemed to slow everything down in the house. I then tried a cheap router from another company and got disastrous results. Internet speed was all over the place and the range was terrible. I decided to bite the bullet and buy this device.

Setup was a piece of cake. Normally, when I go into a router's settings, it leaves me feeling overwhelmed with all the settings. I'm sure this router also has all those complex settings but it had a very handy wizard that allowed me set things up. It basically said, "what is your network name and what will the password be". There is also a feature that you can use your phone to connect to the device and do things that way but I did things the old fashioned way of typing in the IP address. (Don't forget to turn off the antenna for

Read more

35 people found this helpful

Helpful    Report

Diane

**Great product**
Reviewed in the United States on March 20, 2024
Style: AC1900 Router    Verified Purchase

Easy to hook up and does the job

Helpful    Report

Todd Sterling

**Severe Disappointment**
Reviewed in the United States on November 18, 2023
Style: AC1900 Router    Verified Purchase

Do not buy this product if you enjoy modern features like a well designed app and remote access. Dlinks idea of remote access is standing next to the router to manage it. Otherwise you have to have the ip address of the router sign into their website- forget the app at this point then maneuver thru technology to attempt to find the section that says activate remote management. What a waste of my time and money! I bought 2, to manage 2 of my apartment buildings and I might as well put a cot in the back to access my routers. Don't
Make the same mistake.

One person found this helpful

Helpful    Report

Edward Mendez

**Perfect**
Reviewed in the United States on March 30, 2024
Style: AC1900 Router    Verified Purchase

Nice product

Helpful    Report

EagleRay

**Strong signal available throughout larger home and in the 3-car attached garage**
Reviewed in the United States on January 26, 2024
Style: AC1900 Router    Verified Purchase

Large footprint so make sure to have adequate room, strong wifi signal throughout large home and in my 3-car attached garage, app is not required but does make control of router easier. I am getting much faster internet speeds since upgrading to this new router over an older D-Link router.



Helpful    Report

Noah

**Good product**
Reviewed in the United States on March 15, 2024
Style: AC1900 Router    Verified Purchase

easy to set up and works well

Helpful    Report

**Randy Williams**

**Not totally on-board with this model D-Link**
Reviewed in the United States on March 3, 2024
Style: AC1900 Router    Verified Purchase

Like the price.
Bought this unit for the WPA3 security option but found out my TCL ROKU TV will not connect to the network with this security option and signal strength is only fair at this TVs location while signal was excellent with my Linksys EA7300 router. Going back to the ole Linksys.

Helpful    Report

**Eric Hoffman**

**Good value**
Reviewed in the United States on October 10, 2023
Style: AC1900 Router    Verified Purchase

Good value

One person found this helpful

Helpful    Report

---

### Top reviews from other countries

Translate all reviews to English

**Barry**

**Works great, just as described.**
Reviewed in Canada on March 7, 2024
Style: AX1800    Verified Purchase

Just used it to extend the WIFI in my manufactured home which is 60 feet long. The modem at one end, router at the other, no more wifi flicker in the living room.

Report

**Amazon Customer**

**wow better now than old one i got**
Reviewed in Canada on October 12, 2023
Style: AX1800    Verified Purchase

nice easy to set up not like the old one, fast to configure, good coverage

Report

**J.N.Foxy**

**Poor performance**
Reviewed in Canada on October 12, 2023
Style: AX1800    Verified Purchase

I've compared the wifi speed with another router 6 and the speed is almost half.
The d-link interface is odd and old and if you use your mobile to check the modem speed it will not working.

Report

**John k. Holmes**

See more reviews >

4/18/24, 12:43 PM                                    Amazon.com: D-Link Eagle Pro Ai WiFi 6 Smart Internet Router (AX1800) - Optimized for Gaming & Streaming, Compatible with …

Case 8:24-cv-00974-FWS-ADS     Document 25-6     Filed 07/17/24     Page 11 of 12   Page ID #:738

**Needs an internet connection to setup**
Reviewed in Canada on February 4, 2024
Style: AX1800      Verified Purchase

Mine would not configure unless there was an existing internet connection.
And after walking through the configuration a couple different ways, Web based and app based - I finished configuring it and then it refused to let anything connect after restarting upon completion of setup.
All in all, a cheap piece of junk that is far below the standards one used to expect from D-Link.
I've been using D-Link products for over 25 years, and this is the one that broke that relationship for me. I will never buy another D-Link product again.
Profoundly disappointed in this.

Report

 Sergio Hernández

**Satisfecho**
Reviewed in Mexico on November 17, 2020
Style: AC1900 Router      Verified Purchase

Si cumplio con lo prometido, estoy satisfecho con el desempeño.

Report

Translate review to English

See more reviews ›

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Become an Amazon Hub Partner | Promotional Financing | |

4/18/24, 12:43 PM
Amazon.com: D-Link Eagle Pro Ai Wi-Fi 6 Smart Internet Router (AX1800) - Optimized for Gaming & Streaming, Compatible with …

Case 8:24-cv-00974-FWS-ADS Document 25-6 Filed 07/17/24 Page 12 of 12 Page ID #:739

› See More Ways to Make Money

English      United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business |
| Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data | Goodreads<br>Book reviews & recommendations |
| IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products |
| Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts |
| | | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates