# EXHIBIT 7

Securities code: 688653
Securities abbreviation: Kangxi Communications Announcement number: 2024-014
GrandConci Communication Technology (Shanghai) Co., Ltd.

Announcement regarding the company's involvement in litigation

The company's board of directors and all directors guarantee that the announcement does not contain any false records, misleading statements or major omissions, and assume legal responsibility for the authenticity, accuracy and completeness of its contents in accordance with the law.

Recently, the company learned that Skyworks Solutions, Inc., Skyworks Global Pte Ltd. and Skyworks Solutions Canada, Inc. (hereinafter collectively referred to as Skyworks) sued the company's subsidiaries Kangxi Communications Technology ((Shanghai) Co., Ltd. and GRAND CHIP LABS, INC., patent infringement.

First, regarding the litigation situation. The plaintiff (Skyworks) claimed that some of the company's Wi-Fi FEM products infringed on five of its U.S. patents. The main claims are as follows:

1. Request a judgment that the defendant has infringed the following U.S. patents of the plaintiff, with patent numbers: US 8,717,101, US 9,917,563, US 9,450,579, US 9,148,194 and US 7,409,200;
2. Request a judgment that the defendant should compensate for the infringement, and the amount of compensation should not be less than the reasonable license fee, interest, and fees for the use of its patent;
3. Request that the defendant be ordered to pay compensation up to three times the plaintiff's losses;
4. Request an injunction against infringement of the above patents.

Second, about the company's overseas market sales. The company's overseas market sales are mainly in Hong Kong, China and Taiwan, China. In 2023, sales in other overseas countries will account for less than 5%. The company's current overseas market expansion is mainly focused on the Southeast Asian market and the European market.

Third, regarding the progress of the litigation. At present, the company has not received formal lawsuit documents from the U.S. judicial agency. Patent rights are territorial, and the company's patent litigation in the United States will not affect other countries and regions outside the United States. The company attaches great importance to the above lawsuit Litigation, we will actively prepare for relevant response work and actively protect the company's rights and interests from infringement. The company will promptly disclose the progress of the cases involved in the lawsuit in accordance with relevant regulations, and investors are advised to pay attention to investment risks.

Special announcement.
Board of Directors of Grandconci Communication Technology (Shanghai) Co., Ltd.

May 8, 2024