# EXHIBIT 8



April 23, 2024

D-Link Corporation
4F 289 Sinhu 3rd Road, Neihu District
Taipei, 114 Taiwan
ATTN: Mr. CJ Chang, CEO

**RE:    Notice of Infringement of Skyworks Solutions, Inc.'s Patents**

Dear Mr. Chang:

We write to provide notice that certain products of D-Link Corporation ("D-Link") that incorporate Kangxi Communication Technologies Co. Ltd. and Grand Chip Labs, Inc. (collectively, "KCT") chips infringe patents of Skyworks Solutions, Inc. ("Skyworks"), due to the incorporation of KCT chips in the D-Link products, such as wireless router products.

For instance, D-Link's AX1800 wireless router contains a KCT8547HE Wi-Fi FEM product. This KCT8547HE FEM product infringes at least the following Skyworks patent claims:

1.  Claims 1, 2, 10-11, 17, 18, 20, 21, and 22 of U.S. Patent No. 8,717,101.

2.  Claims 14, 15, 17, and 20 of U.S. Patent No. 9,917,563.

3.  Claims 1 and 7 of U.S. Patent No. 9,450,579.

4.  Claim 4 of U.S. Patent No. 9,148,194.

5.  Claims 1, 2, 6, 10-12, 15, 18, 19, 20, 23-25 of U.S. Patent No. 7,409,200.

All KCT products containing the same infringing features as the above-referenced products also infringe the same Skyworks patents, including KCT's recent Wi-Fi 7 (IEEE 802.11be) products, and thus any D-Link products containing those KCT products likewise infringe. Each of the above patents is attached to this letter for your convenience.

Skyworks respects the intellectual property rights of others and accordingly takes such intellectual property matters very seriously. Unless D-Link immediately agrees to cease selling products containing infringing KCT chips including as described above, Skyworks will be left with no choice but to defend its intellectual property rights and seek all appropriate relief.

I look forward to your prompt response.

ActiveUS 203789746v.1

Best regards,

**Stephen Warhola | Skyworks Solutions, Inc.**
Vice President and Chief Intellectual Property Counsel, Legal

5260 California Ave. | Irvine, CA 92617