# EXHIBIT 14

**EXHIBIT 14**
**SKYWORKS SOLUTIONS, INC.'S INFRINGEMENT CHART**
**KCT8539S AND Reyee E5 AX3200 Wireless Router**
**U.S. Patent No. 9,450,579**
**Independent Claims 1 and 7**

Skyworks Solutions, Inc. ("Skyworks") provides this exemplary claim chart for independent claims 1 and 7 of U.S. Patent No. 9,450,579 (the "'579 patent") applied to Ruijie Networks Co., Ltd.'s ("Ruijie") Reyee E5 AX3200 wireless router and Kangxi Communication Technologies (Shanghai) Co., Ltd's and Grand Chip Labs, Inc.'s (collectively, "KCT") KCT8539S product.  More particularly, this claim chart is directed to Ruijie based on the Reyee E5 AX3200 wireless router's incorporation of the KCT8539S product.  This claim chart is also directed to KCT, based on the incorporation of the KCT8539S in the Reyee E5 AX3200 wireless router.  The disclosures in this claim chart directed to the KCT8539S are also more broadly directed to any sale, use, or importation of the KCT8539S in the U.S., including as a standalone product that is not incorporated in an end product such as a wireless router.

The Ruijie Reyee E5 AX3200 is a wireless router made in China, as is evidenced by the photo below of a label affixed to the Reyee E5 AX3200 wireless router.



Ruijie's Reyee E5 AX3200 is sold in the United States.  For instance, the Ruijie's Reyee E5 AX3200 is available for purchase on Amazon (*see* Ex. 2 [Amazon Listing]) and is shipped to locations in the United States, as evidenced by the photo below showing a shipment of the Ruijie's Reyee E5 AX3200 to a U.S. address:

**Order Placed:** September 18, 2023
**Amazon.com order number:** 112-8800603-6099465
**Order Total:** $460.07

### Shipped on September 18, 2023

| Items Ordered | Price |
|---|---|
| 1 of: *Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Band Gigabit Computer Router Mesh Support for Homes up to 3000 Sq. ft. - E5*<br>Sold by: Reyee Direct (seller profile)<br>Supplied by: Reyee Direct (seller profile) | $117.99 |

Condition: New

**Shipping Address:**

████████
SKYWORKS SOLUTIONS INC
5221 CALIFORNIA AVE
IRVINE, CA 92617-3073
United States

**Shipping Speed:**
FREE Prime Delivery

Ruijie's Reyee E5 AX3200 is a certified Wi-Fi 6 product that supports 2.4GHz and 5GHz Wi-Fi bands.  (*See* Ruijie, *E5 AX3200 Mesh Wi-Fi 6 Router*, [https://perma.cc/3HWE-PQX9].)  A photo of the Ruijie Reyee E5 AX3200 is shown below:

3



As shown in the photo below, the Ruijie Reyee E5 AX3200 has a board containing four Radio-Frequency Front End Modules ("RF FEMs") that support operation on a 5.0GHz Wi-Fi band (yellow box below).



The four 5.0 GHz RF FEMs contained on the Ruijie Reyee E5 AX3200's board are KCT8539S products, as shown by the photo below:

5



The claim chart below demonstrates infringement by comparing each element of the charted claims to corresponding components, aspects, and/or features of the KCT8539S product, which is included in the Ruijie Reyee E5 AX3200 wireless router. This claim chart is not intended to constitute an expert report on infringement. This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available sources regarding the KCT8539S product, which is included in the Ruijie Reyee E5 AX3200 wireless router. Further analysis of non-public information during fact discovery will likely assist in identifying all infringing features and functionalities used by KCT in the KCT8539S product. Accordingly, Skyworks reserves the right to supplement this infringement analysis once such information is made available to Skyworks. Further, Skyworks

reserves the right to supplement this infringement analysis, as appropriate, upon issuance of an order construing any terms recited in the asserted claims or as other circumstances so merit.

Unless otherwise noted, the cited evidence applies across each of Ruijie's wireless routers that contain the KCT8539S product or a similar KCT product, including the Ruijie Reyee E5 AX3200 wireless router. Skyworks reserves the right to amend this infringement analysis based on other Ruijie wireless routers containing the KCT8539S.

| Claim | KCT8539S |
|---|---|
| 1[pre] A semiconductor die comprising: | To the extent that the preamble of claim 1 is limiting, the KCT8539S comprises a semiconductor die.<br><br>For example, the KCT8539S has a semiconductor die, highlighted by the red box below.<br><br><br><br>*See, e.g.*, photo of the KCT8539S product identifying the semiconductor die. |

| Claim | KCT8539S |
|---|---|
| | For example, the KCT8539S product description below states that the KCT8539S is an "RF Front-end Module" that "incorporates key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the 5.15-5.85GHz range."[1]<br><br><br><br>*See, e.g.*, KCT8539S product description, https://perma.cc/DA7F-4CED.<br><br>For example, the KCT8539S has an RF switch (indicated by the corresponding red arrow in the figure below) that selectively allows either transmission or reception of signals.[2] The KCT product description describes the switch as a "T/R switch" (indicated by the red underlining in the text below). The figure below also shows the power amplifier (indicated by the corresponding red arrow below), the antenna node (indicated by the corresponding red arrow below), the receive node (indicated by the corresponding red arrow below), the low noise amplifier |

---

[1] *See* https://perma.cc/DA7F-4CED.
[2] *See* https://perma.cc/DA7F-4CED.

| Claim | KCT8539S |
|-------|----------|
| | (indicated by the corresponding red arrow below), and the input to the power amplifier (indicated by the corresponding red arrow below).  *See, e.g.*, KCT8539S product description and simplified block diagram, https://perma.cc/DA7F-4CED. For example, the photos below show the exterior of the KCT8539S device die package, front (left) and back (right). |

| Claim | KCT8539S |
|---|---|
| | <br>*See, e.g.* photo of the KCT8539S product, exterior of package, front (left) and back (right). |
| 1[A] a semiconductor substrate; | The KCT8539S comprises a semiconductor substrate.<br><br>For example, a semiconductor substrate for the KCT8539S (indicated by white grid lines below) is the material upon which the devices on the die are fabricated. |

11

| Claim | KCT8539S |
|---|---|
| | <br><br>*See, e.g.*, photo of the KCT8539S product, annotated to show the location of the semiconductor substrate. |
| 1[B] a first switch circuit | The KCT8539S comprises a first switch circuit formed on the semiconductor substrate connected between an antenna node and a transmit node. |

| Claim | KCT8539S |
|---|---|
| formed on the semiconductor substrate connected between an antenna node and a transmit node; | For example, in the KCT8539S, the first switch circuit (located within the block and identified by the corresponding red arrow below) is connected between the antenna node (indicated by the corresponding red arrow below) and the transmit node (indicated by the corresponding red arrow below). In transmit mode, the signal path from the transmit node, through the first switch circuit, and to the antenna node is shown by the green dashed line below. The first switch circuit is formed on the semiconductor substrate. |

| Claim | KCT8539S |
|-------|----------|
| | 

*See, e.g.*, reverse engineered circuit schematic of the KCT8539S product's low noise amplifier die, annotated to show the location of a first switch circuit, transmit node, and antenna node.

For example, in the KCT8539S, the first switch circuit (indicated by the corresponding red arrow below) is between the transmit node and the antenna (ANT) node, as shown in the expanded view below. |

| Claim | KCT8539S |
|---|---|
| |  *See, e.g.*, reverse engineered circuit schematic of KCT8539S product showing an expanded view of the block containing the first switch circuit on the low noise amplifier die.<br><br>*See also*, 1[pre]-1[A]. |

| Claim | KCT8539S |
|---|---|
| 1[C] a second switch circuit formed on the semiconductor substrate and connected between the antenna node and a receive node; | The KCT8539S comprises a second switch circuit formed on the semiconductor substrate and connected between the antenna node and a receive node.<br><br>For example, in the KCT8539S, the second switch circuit (located in the block identified by the corresponding red arrow below) is connected between the antenna node (indicated by the corresponding red arrow below) and the receive node (indicated by the corresponding red arrow below). In receive mode, the approximate signal path from the antenna node to the receive node through the low noise amplifier (LNA) is shown by the dashed purple line in the figure below. The second switch circuit is formed on the semiconductor substrate. |

| Claim | KCT8539S |
|---|---|
|  |  *See, e.g.*, reverse engineered circuit schematic of the KCT8539S product's low noise amplifier die, annotated to show the location of a second switch circuit, receive node, low noise amplifier (LNA), and antenna node.<br><br>For example, in the KCT8539S, the second switch circuit (indicated by the corresponding red arrow below) is between the receive node and the antenna (ANT) node, as shown in the expanded view below. |

| Claim | KCT8539S |
|---|---|
| | <br><br>*See, e.g.*, reverse engineered circuit schematic of KCT8539S product showing an expanded view of block containing the second switch circuit on the low noise amplifier die.<br><br>*See also*, 1[pre]-1[A]. |
| 1[D] a first capacitor formed | The KCT8539S comprises a first capacitor formed on the semiconductor substrate and connected in series with the first switch circuit between the first switch circuit and the antenna node. |

| Claim | KCT8539S |
|---|---|
| on the semiconductor substrate and connected in series with the first switch circuit between the first switch circuit and the antenna node; | For example, in the KCT8539S, the first capacitor (indicated by the corresponding red arrow below) is formed on the semiconductor substrate and is connected in series with the first switch circuit (located within the block identified by the corresponding red arrow below). The approximate signal path during transmit mode is shown by the green dashed line in the figure below. In addition, the first capacitor is located between the first switch circuit and the antenna node (ANT) (indicated by the corresponding red arrow below). |

| Claim | KCT8539S |
|-------|----------|
| |  |

| Claim | KCT8539S |
|-------|----------|
|  | *See, e.g.*, reverse engineered circuit schematic of the KCT8539S product's low noise amplifier die, annotated to show the location of a first switch circuit, first capacitor, and antenna node.<br><br>For example, in the KCT8539S, the first switch circuit and first capacitor are in series. In addition, the first capacitor is between the first switch circuit and the antenna (ANT) node. |

| Claim | KCT8539S |
|---|---|
| | <br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8539S product showing an expanded view of circuit block containing the first switch circuit and first capacitor on the low noise amplifier die.<br><br>*See also*, 1[A]. |

| Claim | KCT8539S |
|---|---|
| 1[E] a second capacitor formed on the semiconductor substrate and connected in series with the second switch circuit between the second switch circuit and the antenna node; and | The KCT8539S comprises a second capacitor formed on the semiconductor substrate and connected in series with the second switch circuit between the second switch circuit and the antenna node.<br><br>For example, in the KCT8539S, the second capacitor (indicated by the corresponding red arrow below) is formed on the semiconductor substrate. In receive mode, the approximate signal path from the antenna node (indicated by the corresponding red arrow below) to the receive node (indicated by the corresponding red arrow below) through the low noise amplifier (LNA) (indicated by the corresponding red arrow below) is shown by the dashed purple line in the figure below. The second capacitor and the second switch circuit are in the block as indicated by the corresponding red arrow below. |

| Claim | KCT8539S |
|---|---|
| | <br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8539S product's low noise amplifier die, annotated to show the antenna node, receive node, low noise amplifier (LNA), second switch circuit, and second capacitor.<br><br>For example, in the KCT8539S, the second capacitor (indicated by the corresponding red arrow below) is connected in series with the second switch circuit (indicated by the corresponding red bracket below).  In addition, |

| Claim | KCT8539S |
|---|---|
| | the second capacitor is located between the second switch circuit and the antenna node (indicated by the corresponding red arrow below).<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8539S product showing an expanded view of the box including the second capacitor and second switch circuit on the low noise amplifier die. |

| Claim | KCT8539S |
|---|---|
| | *See also*, 1[A]. |
| 1[F] a first shunt arm formed on the semiconductor substrate and connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground. | The KCT8539S comprises a first shunt arm formed on the semiconductor substrate and connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground.<br><br>For example, in the KCT8539S, the first shunt arm (indicated by the corresponding red arrow identifying the corresponding block below) is formed on the semiconductor substrate and is connected to the first switch circuit (indicated by the red arrow identifying the corresponding block below) and the transmit node (indicated by the corresponding red arrow below).  The first shunt arm (indicated by the corresponding red arrow identifying the corresponding block below) includes a third switch circuit (indicated by the red arrow identifying the corresponding block below) connected to ground (indicated by the corresponding red arrow below). |

| Claim | KCT8539S |
|---|---|
| |  *See, e.g.*, reverse engineered circuit schematic of the KCT8539S product's low noise amplifier die identifying the first shunt arm, the first switch circuit, third switch circuit, transmit node, and ground. |

| Claim | KCT8539S |
|-------|----------|
|  | For example, an enlarged view of the circuit schematic block corresponding to the first shunt arm (indicated by the corresponding red arrow below) shows that it is connected to ground (GND_4) (indicated by the corresponding red arrow below).<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8539S product showing the ground connection of the first shunt arm on the low noise amplifier die.<br><br>For example, in the KCT8539S, the first shunt arm shown below includes a third switch circuit (indicated by the corresponding red arrow and bracket). |

28

| Claim | KCT8539S |
|---|---|
| |  *See, e.g.*, reverse engineered circuit schematic of the KCT8539S product showing an expanded view of the first shunt arm, identifying the third switch circuit on the low noise amplifier die. |

| Claim | KCT8539S |
|---|---|
| | *See also*, 1[A]. |
| 7[pre]. A method for operating a radio-frequency (RF) device, the method comprising: | To the extent that the preamble of claim 7 is limiting, the KCT8539S performs a method for operating a radio-frequency (RF) device, comprising the steps shown below and for claim elements 7[A]-7[C].<br><br>For example, the KCT8539S product description below states that the KCT8539S is an "RF Front-end Module" which "incorporates key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the 5.15-5.85GHz range."[3]<br><br><br><br>*See, e.g.*, KCT8539S product description, https://perma.cc/DA7F-4CED. |

---

[3] *See* https://perma.cc/DA7F-4CED.

| Claim | KCT8539S |
|---|---|
| | For example, the KCT8539S has an RF switch (indicated by the corresponding red arrow in the figure below) that selectively allows either transmission or reception of signals.[4] The KCT product description describes the switch as a "T/R switch" (indicated by the red underlining in the text below). The figure below also shows the power amplifier (indicated by the corresponding red arrow below), the antenna node (indicated by the corresponding red arrow below), the receive node (indicated by the corresponding red arrow below), the low noise amplifier (indicated by the corresponding red arrow below), and the input to the power amplifier (indicated by the corresponding red arrow below).<br><br><br><br>*See, e.g.*, KCT8539S product description and simplified block diagram, https://perma.cc/DA7F-4CED. |

---

[4] *See* https://perma.cc/DA7F-4CED.

| Claim | KCT8539S |
|---|---|
| | For example, the photos below show the exterior of the KCT8539S device die package, front (left) and back (right).<br><br><br><br>*See, e.g.* photo of the KCT8539S product, exterior of package, front (left) and back (right). |
| 7[A] providing an RF device including a first switch circuit connected between an antenna node and a transmit node, a second switch | The KCT8539S provides an RF device including a first switch circuit connected between an antenna node and a transmit node, a second switch circuit connected between the antenna node and a receiver node, a first capacitor connected in series with the first switch circuity between the first switch circuit and the antenna node, a second capacitor connected in series with the second switch circuit between the second switch circuit and the antenna node, and a first shunt arm connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground.<br><br>*See also*, claims 1[pre]-1[F], 7[pre]. |

| Claim | KCT8539S |
|---|---|
| circuit connected between the antenna node and a receiver node, a first capacitor connected in series with the first switch circuity between the first switch circuit and the antenna node, a second capacitor connected in series with the second switch circuit between the second switch circuit and the antenna node, and a first shunt arm connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground; | |

| Claim | KCT8539S |
|---|---|
| 7[B] controlling an RF switch of the RF device by placing the first switch circuit in an ON state and placing the third switch circuit in an OFF state; and | The KCT8539S controls an RF switch of the RF device by placing the first switch circuit in an ON state and placing the third switch circuit in an OFF state.<br><br>For example, the KCT8539S has an RF switch (indicated by the corresponding red arrow in the figure below) that selectively allows either transmission or reception of signals.[5] The KCT product description describes the switch as a "T/R switch" (indicated by the red underlining in the text below). The figure below also shows the power amplifier (indicated by the corresponding red arrow below), the antenna node (indicated by the corresponding red arrow below), the receive node (indicated by the corresponding red arrow below), the low noise amplifier (indicated by the corresponding red arrow below), and the input to the power amplifier (indicated by the corresponding red arrow below). |

---

[5] *See* https://perma.cc/DA7F-4CED.

| Claim | KCT8539S |
|-------|----------|
|       |  <br><br> *See, e.g.*, KCT8539S product description and simplified block diagram, https://perma.cc/DA7F-4CED. <br><br> For example, during use, the RF switch of the KCT8539S works by turning ON the first switch circuit (indicated by the corresponding red arrow below) while turning OFF the third switch circuit (indicated by the corresponding red arrow below) to allow a signal to pass through the first switch circuit. This allows the signal to be transmitted from the transmit node (indicated by the corresponding red arrow below) to the antenna node (indicated by the corresponding red arrow below) as shown by the path of the green dashed line below. |

| Claim | KCT8539S |
|---|---|
| | <br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8539S product's low noise amplifier die, identifying the antenna node, first capacitor, first switch circuit, third switch circuit, and transmit node.<br><br>*See also*, claim 7[pre]. |
| 7[C] inhibiting a low-frequency blocker signal from mixing with | The KCT8539S inhibits a low-frequency blocker signal from mixing with a fundamental-frequency signal in the RF switch using the first capacitor. |

| Claim | KCT8539S |
|---|---|
| a fundamental-frequency signal in the RF switch using the first capacitor. | For example, during use, the first capacitor inhibits a low frequency blocker signal from mixing with a fundamental frequency signal in the RF switch (indicated by the corresponding red arrow below).  *See, e.g.*, KCT8539S simplified block diagram, https://perma.cc/DA7F-4CED. For example, in the KCT8539S, the positioning of the first capacitor (indicated by the corresponding red arrow pointing to the corresponding block below) between the antenna node (indicated by the corresponding red arrow below) and the first switch circuit (indicated by the corresponding arrow pointing to the corresponding block below) performs this function. The first capacitor filters the low frequency signal because the low frequency signal, in contrast to a high frequency signal, allows the capacitor time to charge. This charging process stops the low |

| Claim | KCT8539S |
|---|---|
| | frequency signal from continuing along the signal path during transmission (indicated by the green dashed line below).<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8539S product's low noise amplifier die, identifying the antenna node, first capacitor, first switch circuit, third switch circuit, and transmit node. |

| Claim | KCT8539S |
|-------|----------|
|       | For example, in this expanded view of the block containing the first capacitor and first switch circuit, the first capacitor (indicated by the corresponding red arrow below) is between the antenna node (indicated by the corresponding red arrow below) and the first switch circuit (indicated by the corresponding arrow pointing to the corresponding red bracket below).  |

| Claim | KCT8539S |
|-------|----------|
|       | *See, e.g.*, reverse engineered circuit schematic of the KCT8539S product showing the first switch circuit and first capacitor on the low noise amplifier die. |