# EXHIBIT 16

**EXHIBIT 16**
**SKYWORKS SOLUTIONS, INC.'S INFRINGEMENT CHART**
**KCT8539S AND Reyee E5 AX3200 Wireless Router**
**U.S. Patent No. 9,148,194**
**Independent Claim 4**

Skyworks Solutions, Inc. ("Skyworks") provides this exemplary claim chart for independent claim 4 of U.S. Patent No. 9,148,194 (the "'194 patent") applied to Ruijie Networks Co., Ltd.'s ("Ruijie") Reyee E5 AX3200 wireless router and Kangxi Communication Technologies (Shanghai) Co., Ltd's and Grand Chip Labs, Inc.'s (collectively, "KCT") KCT8539S product. More particularly, this claim chart is directed to Ruijie based on the Reyee E5 AX3200 wireless router's incorporation of the KCT8539S product. This claim chart is also directed to KCT, based on the incorporation of the KCT8539S in the Reyee E5 AX3200 wireless router. The disclosures in this claim chart directed to the KCT8539S are also more broadly directed to any sale, use, or importation of the KCT8539S in the U.S., including as a standalone product that is not incorporated in an end product such as a wireless router.

The Ruijie Reyee E5 AX3200 is a wireless router made in China, as is evidenced by the photo below of a label affixed to the Reyee E5 AX3200 wireless router.

1



Ruijie's Reyee E5 AX3200 is sold in the United States.  For instance, the Ruijie's Reyee E5 AX3200 is available for purchase on Amazon (*see* Ex. 2 [Amazon Listing]) and is shipped to locations in the United States, as evidenced by the photo below showing a shipment of the Ruijie's Reyee E5 AX3200 to a U.S. address:

**Order Placed:** September 18, 2023
**Amazon.com order number:** 112-8800603-6099465
**Order Total: $460.07**

### Shipped on September 18, 2023

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Band Gigabit Computer Router Mesh Support for Homes up to 3000 Sq. ft. - E5* | $117.99 |

Sold by: Reyee Direct (seller profile)
Supplied by: Reyee Direct (seller profile)

Condition: New

**Shipping Address:**

███████████
SKYWORKS SOLUTIONS INC
5221 CALIFORNIA AVE
IRVINE, CA 92617-3073
United States

**Shipping Speed:**
FREE Prime Delivery

Ruijie's Reyee E5 AX3200 is a certified Wi-Fi 6 product that supports 2.4GHz and 5GHz Wi-Fi bands. (*See* Ruijie, *E5 AX3200 Mesh Wi-Fi 6 Router*, [https://perma.cc/3HWE-PQX9].) A photo of the Ruijie Reyee E5 AX3200 is shown below:



As shown in the photo below, the Ruijie Reyee E5 AX3200 has a board containing four Radio-Frequency Front End Modules ("RF FEMs") that support operation on a 5.0GHz Wi-Fi band (yellow box below).



The four 5.0 GHz RF FEMs contained on the Ruijie Reyee E5 AX3200's board are KCT8539S products, as shown by the photo below:



The claim chart below demonstrates infringement by comparing each element of the charted claim to corresponding components, aspects, and/or features of the KCT8539S product, which is included in the Ruijie Reyee E5 AX3200 wireless router. This claim chart is not intended to constitute an expert report on infringement. This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available sources regarding the KCT8539S product, which is included in the Ruijie Reyee E5 AX3200 wireless router. Further analysis of non-public information during fact discovery will likely assist in identifying all infringing features and functionalities used by KCT in the KCT8539S product. Accordingly, Skyworks reserves the right to supplement this infringement analysis once such information is made available to Skyworks. Further,

Skyworks reserves the right to supplement this infringement analysis, as appropriate, upon issuance of an order construing any terms recited in the asserted claim or as other circumstances so merit.

Unless otherwise noted, the cited evidence applies across each of Ruijie's wireless routers that contain the KCT8539S product or a similar KCT product, including the Ruijie Reyee E5 AX3200 wireless router.  Skyworks reserves the right to amend this infringement analysis based on other Ruijie wireless routers containing the KCT8539S.

| Claim 4 | KCT8539S |
|---|---|
| 4[pre]  A radio-frequency (RF) switch system comprising: | To the extent the preamble of claim 4 is limiting, the KCT8539S comprises a radio-frequency (RF) switch system.<br><br>For example, the KCT8539S product description below states that the KCT8539S is an "RF Front-end Module" that "incorporates key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the 5.15-5.85GHz range."[1]<br><br><br><br>*See, e.g.*, KCT8539S product description, https://perma.cc/DA7F-4CED.<br><br>For example, the KCT8539S has a transmit/receive switch ("T/R switch") (indicated by the corresponding red arrow in the figure below) that selectively allows either transmission or reception of signals.[2] The KCT product description |

---

[1] *See* https://perma.cc/DA7F-4CED.
[2] *See* https://perma.cc/DA7F-4CED.

8

| Claim 4 | KCT8539S |
|---------|----------|
|  | describes the switch as a "T/R switch" (indicated by the red underlining in the text below). The figure below also shows the power amplifier (indicated by the corresponding red arrow below), the antenna node (indicated by the corresponding red arrow below), the receive node (indicated by the corresponding red arrow below), the low noise amplifier (indicated by the corresponding red arrow below), and the input to the power amplifier (indicated by the corresponding red arrow below).<br><br><br><br>*See, e.g.*, KCT8539S product description and simplified block diagram, https://perma.cc/DA7F-4CED. |

| Claim 4 | KCT8539S |
|---------|----------|
| | For example, the photos below show the exterior of the KCT8539S device die package, front (left) and back (right).  *See, e.g.* photo of KCT8539S product, exterior of package, front (left) and back (right). |
| 4[A] a first switch circuit connected between an antenna node and a transmit node; | The KCT8539S comprises a first switch circuit connected between an antenna node and a transmit node.<br><br>For example, in the KCT8539S, the first switch circuit (located within the block and identified by the corresponding red arrow below) is connected between the antenna node (indicated by the corresponding red arrow below) and the transmit node (indicated by the corresponding red arrow below).  In transmit mode, the signal path from the transmit node, through the first switch circuit, and to the antenna node is shown by the green dashed line below. |

| Claim 4 | KCT8539S |
|---|---|
| | <br><br>*See, e.g.*, reverse engineered circuit schematic of KCT8539S product, annotated to show the location of a first switch circuit, transmit node, and antenna node.<br><br>For example, in the KCT8539S, the first switch circuit (indicated by the corresponding red arrow below) is between the transmit node and the antenna (ANT) node, as shown in the expanded view below. |

| Claim 4 | KCT8539S |
|---------|----------|
| | <br><br>*See, e.g.*, reverse engineered circuit schematic of KCT8539S product showing an expanded view of block containing the first switch circuit on the low noise amplifier die. |
| 4[B] a | The KCT8539S comprises a second switch circuit connected between the antenna node and a receive node. |

| Claim 4 | KCT8539S |
|---|---|
| second switch circuit connected between the antenna node and a receive node; | For example, in the KCT8539S, the second switch circuit (located in the box and identified by the corresponding red arrow below) is connected between the antenna node (indicated by the corresponding red arrow below) and the receive node (indicated by the corresponding red arrow below). In receive mode, the approximate signal path from the antenna node to the receive node through the low noise amplifier (LNA) is shown by the dashed purple line in the figure below. |

| Claim 4 | KCT8539S |
|---------|----------|
| |  *See, e.g.*, reverse engineered circuit schematic of KCT8539S product's low noise amplifier die, annotated to show the location of a second switch circuit, receive node, antenna node, and low noise amplifier (LNA).<br><br>For example, in the KCT8539S, the second switch circuit (indicated by the corresponding red arrow below) is between the receive node and the antenna (ANT) node, as shown in the expanded view below. |

14

| Claim 4 | KCT8539S |
|---|---|
|  | See, e.g., reverse engineered circuit schematic of KCT8539S product showing an expanded view of block containing the second switch circuit on the low noise amplifier die. |
| 4[C] a first capacitor connected in series | The KCT8539S comprises a first capacitor connected in series with the first switch circuit between the first switch circuit and the antenna node.<br><br>For example, in the KCT8539S, the first capacitor (indicated by the corresponding red arrow below) is connected in |

| Claim 4 | KCT8539S |
|---|---|
| with the first switch circuit between the first switch circuit and the antenna node; | series with the first switch circuit (indicated by the corresponding red arrow below).  The approximate signal path during transmit mode is shown by the green dashed line in the figure below. In addition, the first capacitor is located between the first switch circuit and the antenna node (ANT) (indicated by the corresponding red arrow below).  |

| Claim 4 | KCT8539S |
|---------|----------|
|  | *See, e.g.*, reverse engineered circuit schematic of KCT8539S product's low noise amplifier die, annotated to show the location of a first switch circuit, first capacitor, and antenna node.<br><br>For example, in the KCT8539S, the first switch circuit and first capacitor are in series. In addition, the first capacitor is between the first switch circuit and the antenna (ANT) node, as shown below. |

| Claim 4 | KCT8539S |
|---|---|
| |  *See, e.g.*, reverse engineered circuit schematic of KCT8539S product showing an expanded view of block containing the first switch circuit and first capacitor. |

| Claim 4 | KCT8539S |
|---|---|
| 4[D] a second capacitor connected in series with the second switch circuit between the second switch circuit and the antenna node; | The KCT8539S comprises a second capacitor connected in series with the second switch circuit between the second switch circuit and the antenna node.<br><br>For example, in the KCT8539S, the second capacitor and the second switch circuit (indicated by the corresponding red arrow below) are located in the block, in which the second capacitor is connected in series with the second switch circuit.  In receive mode, the approximate signal path from the antenna node (ANT) (indicated by the corresponding red arrow below) to the receive node (RX) (indicated by the corresponding red arrow below) through the low noise amplifier (LNA) (indicated by the corresponding red arrow below) is shown by the purple dashed line in the figure below. The second capacitor and the second switch circuit are in the block as indicated by the corresponding red arrow below. |

| Claim 4 | KCT8539S |
|---|---|
| |  |

*See, e.g.*, reverse engineered circuit schematic of KCT8539S product's low noise amplifier die, annotated to show the antenna node, receive node, low noise amplifier (LNA), second switch circuit, and second capacitor.

For example, the second capacitor (indicated by the corresponding red arrow below) is connected in series with the second switch circuit (indicated by the corresponding red arrow below). In addition, the second capacitor is located

| Claim 4 | KCT8539S |
|---|---|
| | between the second switch circuit and the antenna node (indicated by the corresponding red arrow below).<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of KCT8539S product showing an expanded view of the block including the second capacitor and second switch circuit on the low noise amplifier die. |
| 4[E] a first | The KCT8539S comprises a first shunt arm connected to the first switch circuit and the transmit node, the first shunt |

| Claim 4 | KCT8539S |
|---|---|
| shunt arm connected to the first switch circuit and the transmit node, the first shunt arm including a third switch circuit connected to ground and a third capacitor connected between the third switch circuit and the transmit node. | arm including a third switch circuit connected to ground and a third capacitor connected between the third switch circuit and the transmit node.<br><br>For example, in the KCT8539S, the first shunt arm (indicated by the corresponding red arrow identifying the corresponding block below) is connected to the first switch circuit (indicated by the red arrow identifying the corresponding block below) and the transmit node (indicated by the corresponding red arrow below). The first shunt arm (indicated by the corresponding red arrow identifying the corresponding block below) includes a third switch circuit (indicated by the red arrow identifying the corresponding block below) connected to ground (indicated by the corresponding red arrow below). |

| Claim 4 | KCT8539S |
|---------|----------|
| |  |

*See, e.g.*, reverse engineered circuit schematic of KCT8539S product's low noise amplifier die showing the first shunt arm, the first switch circuit, third switch circuit, transmit node, and ground.

For example, an enlarged view of the circuit schematic block corresponding to the first shunt arm (indicated by the corresponding red arrow below) shows that it is connected to ground (GND_4) (indicated by the corresponding red

| Claim 4 | KCT8539S |
|---------|----------|
| | *arrow below).*<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of KCT8539S product showing the ground connection of the first shunt arm on the low noise amplifier die.<br><br>For example, in the KCT8539S, the first shunt arm shown below includes a third switch circuit (indicated by the corresponding red arrow and bracket) and a third capacitor. The third capacitor (indicated by the corresponding red arrow below) is connected between the third switch circuit and the transmit node. |

| Claim 4 | KCT8539S |
|---|---|
| |  |

| Claim 4 | KCT8539S |
|---------|----------|
|         | *See, e.g.*, reverse engineered circuit schematic of KCT8539S product showing an expanded view of the first shunt arm, identifying the third switch circuit on the low noise amplifier die. |