# EXHIBIT 17

**Shipped on July 11, 2024**

**Items Ordered**

3 of: *Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Band Gigabit Computer Router Mesh Support for Homes up to 3000 Sq. ft. - E5*
Sold by: Reyee Direct (seller profile)

Supplied by: Reyee Direct (seller profile)

Condition: New

**Shipping Address:**

███████████████

BERKELEY, CA 94707-1918
United States