AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC.<br><br>*Plaintiff(s)*<br>v.<br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD.<br>(See attached)<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-00974-FWS-ADS |

**SUMMONS IN A CIVIL ACTION**
ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*  D-Link Corporation
4F 289 Sinhu 3rd Road, Neihu District, Taipei, 114 Taiwan 11494

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James M. Dowd (SBN 211280)
James.Dowd@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date:  July 18, 2024

/s/ *Jennylam*
*Signature of Clerk or Deputy Clerk*

1  James M. Dowd (SBN 211280)
   *james.dowd@wilmerhale.com*
2  Derek A. Gosma (SBN 274515)
   *derek.gosma@wilmerhale.com*
3  **WILMER CUTLER PICKERING HALE AND DORR LLP**
4  350 South Grand Avenue, Suite 2400
   Los Angeles, CA 90071
5  Tel: +1 213 443 5300

6  Joseph F. Haag (SBN 248749)
   *joseph.haag@wilmerhale.com*
7  **WILMER CUTLER PICKERING HALE AND DORR LLP**
8  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
9  Tel: +1 650 858 6000

10 Kate Saxton (*Admitted Pro Hac Vice*)
   *Kate.Saxton@wilmerhale.com*
11 **WILMER CUTLER PICKERING HALE AND DORR LLP**
12 60 State Street
   Boston, MA 02109
13 Tel: +1 617 526 6000

14 *Attorneys for Plaintiff Skyworks Solutions, Inc.*

15                **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
16                       **SOUTHERN DIVISION**

17

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD.<br><br>Defendants. | **CASE NUMBER: 8:24-CV-00974-FWS-ADS**<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-00974-FWS-ADS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: