James M. Dowd (SBN 211280)
james.dowd@wilmerhale.com
Derek A. Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 213 443 5300

Joseph F. Haag (SBN 248749)
joseph.haag@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: +1 650 858 6000

Kate Saxton (*Admitted Pro Hac Vice*)
Kate.Saxton@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: +1 617 526 6000

*Attorneys for Plaintiff Skyworks Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD.<br><br>Defendants. | **CASE NUMBER: 8:24-CV-00974-FWS-ADS**<br><br>**PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT ON GRAND CHIP LABS, INC.**<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT FILED: JULY 17, 2024** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Skyworks Solutions, Inc.

CIVIL ACTION NO.: 8:24-CV-00974-FWS-ADS

**vs**  *Plaintiff*

Kangxi Communication Technologies (Shanghai) Co., Ltd., et al.,

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Nevada ,

That on **07/19/2024** at **2:08 PM** at **401 Ryland Street, Suite 200-A, Reno, NV 89502**

I served a(n) **Summons In a Civil Action on First Amended Complaint for Patent Infringement, First Amended Complaint for Patent Infringement with Exhibits 1 to 17, Civil Standing Order, Order Returning Case for Reassignment dated May 10, 2024**

on **Grand Chip Labs, Inc. c/o Registered Agents Inc.**, Registered Agent

by delivering thereat a true copy of each to **"Jane Doe" (refused to provide her first and last name; stating that she is "uncomfortable" giving her name but gave her title as "receptionist")** personally, authorized to accept service thereof.

Description of Person Served:
Gender : Female
Skin : Brown
Hair : Black
Age : 18 - 25 Yrs.
Height : Seated
Weight :161-200 Lbs.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 29 , 2024

Jenlee Knight Parker
Reg#: R-2018-000296

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document will be served on all counsel of record by electronic service via the Court's CM/ECF system and/or by electronic mail or U.S. Mail.

                                                                       */s/ James M. Dowd*
                                                                       James M. Dowd