# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skyworks Solutions, Inc.<br><br>PLAINTIFF(S)<br><br>v.<br><br>Kangxi Communication Technologies Shanghai Co., Ltd. et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:24-cv-00974-FWS-ADS<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/1/2024 | 36 & 37 | Proofs of Service S/C |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

 - Incorrect event selected. Correct event to be used is: Service of S/C Returned Executed as to USA – under Category – Service/Waivers of Summons and Complaints;

 - Summons Returned Unexecuted event utilized in docketing this filing. Counsel shall use the SEARCH function on the CM/ECF toolbar for events if you are unsure of the events to use;

 - Filer shall consult the Notice(s) of Deficiency in Electronically Filed Document and correct all deficiencies prior to re-filing;

 - Counsel must re-file correct proof of service no later than *August 12, 2024.*

Dated: 8/8/2024        By: /s/ Fred W. Slaughter
                                      U.S. District Judge / U.S. Magistrate Judge