| | |
|---|---|
| 1 | James M. Dowd (SBN 211280) |
| | *james.dowd@wilmerhale.com* |
| 2 | Derek A. Gosma (SBN 274515) |
| | *derek.gosma@wilmerhale.com* |
| 3 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 4 | 350 South Grand Avenue, Suite 2400 |
| | Los Angeles, CA 90071 |
| 5 | Tel: +1 213 443 5300 |
| 6 | Joseph F. Haag (SBN 248749) |
| | *joseph.haag@wilmerhale.com* |
| 7 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 8 | 2600 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| 9 | Tel: +1 650 858 6000 |
| 10 | Kate Saxton (*Admitted Pro Hac Vice*) |
| | *Kate.Saxton@wilmerhale.com* |
| 11 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 12 | 60 State Street |
| | Boston, MA 02109 |
| 13 | Tel: +1 617 526 6000 |
| 14 | *Attorneys for Plaintiff Skyworks Solutions, Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC. | **CASE NUMBER: 8:24-CV-00974-FWS-ADS** |
| Plaintiff, | |
| v. | **PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT ON D-LINK SYSTEMS, INC.** |
| KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD. | |
| Defendants. | **FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT FILED: JULY 17, 2024** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Skyworks Solutions, Inc. | CIVIL ACTION NO.: 8:24-CV-00974-FWS-ADS |
| vs *Plaintiff* | |
| Kangxi Communication Technologies (Shanghai) Co., Ltd., et al., | |
| *Defendant* | |

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of California.

That on **07/23/2024** at **12:56 PM** at **14420 Myford Road, Suite 100, Irvine, CA 92606**

I served a(n) **Summons in a Civil Action to First Amended Complaint for Patent Infringement, First Amended Complaint for Patent Infringement with Exhibits 1 to 17, Civil Standing Order, and Order Returning Case for Reassignment dated May 10, 2024**

on **D-Link Systems, Inc. c/o Brett S Adair, Registered Agent**, by delivering thereat a true copy of each to **Alex Nuno, Network Engineer/co-worker** personally. Said premises is defendant's actual place of business within the state.

On **07/25/2024**, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at **14420 Myford Road, Suite 100, Irvine, CA 92606**.

Description of Person Served:
Gender : Male
Skin : White
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :131-160 Lbs.
Other :

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 27, 2024

Gary Hansen
Los Angeles County Reg No. 2988

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document will be served on all counsel of record by electronic service via the Court's CM/ECF system and/or by electronic mail or U.S. Mail.

*/s/ James M. Dowd*_____
James M. Dowd