Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street
Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401

Attorney for Defendant:
*Grand Chip Labs, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS INC.<br><br>Plaintiff,<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC. AND RUIJIE NETWORKS CO., LTD.<br><br>Defendants. | **CASE NUMBER: 8:24-cv-00974-FWS-ADS**<br><br>**Joint Stipulation to Extend Time to Respond to First Amended Complaint By Not More than 30 days**<br><br>Complaint served: 7/19/2024<br>Current Response Date: 8/9/2024<br>New Response Date: 8/23/2024 |

1

Plaintiff Skyworks Solution, Inc. ("Skyworks") and Defendant Grand Chip Labs, Inc. ("Grand Chip Labs"), herby stipulate as follows:

1. WHEREAS, on July 17, 2024, Skyworks filed a First Amended Complaint against *inter alia* Grand Chip Labs involving alleged patent infringement;

2. WHEREAS, on July 19, 2024, Skyworks served the Summons and Amended Complaint on Grand Chip Labs;

3. WHEREAS, the current deadline to respond is August 9, 2024;

4. WHEREAS, Skyworks has agreed for this deadline to be extended two weeks to August 23, 2024;

5. WHEREAS, Skyworks and Grand Chip Labs stipulate as follows:

The time for Grand Chip Labs to respond to the Amended Complaint shall be extended to August 23, 2024.

/ / /

/ / /

/ / /

DM2\19982172.3

| | | |
|---|---|---|
| 1 | Dated:  August 12, 2024 | Respectfully submitted, |
| 2 | | */s/ Cyndie M. Chang* |
| 3 | | Cyndie M. Chang (SBN 227542)<br>cmchang@duanemorris.com |
| 4 | | **DUANE MORRIS LLP**<br>865 South Figueroa Street<br>Suite 3100 |
| 5 | | Los Angeles, CA 90017-5450<br>Telephone: 213.689.7400 |
| 6 | | Facsimile: 213.689.7401 |
| 7 | | *Attorney for Defendant Grand Chip Labs, Inc.* |
| 8 | | |
| 9 | | |
| 10 | Dated:  August 12, 2024 | Respectfully submitted, |
| 11 | | */s/ James M. Dowd*<br>James M. Dowd (SBN 211280)<br>james.dowd@wilmerhale.com |
| 12 | | Derek A. Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com |
| 13 | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 14 | | 350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071 |
| 15 | | Tel: +1 213 443 5300 |
| 16 | | Joseph F. Haag (SBN 248749)<br>joseph.haag@wilmerhale.com |
| 17 | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 18 | | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 19 | | Tel: +1 650 858 6000 |
| 20 | | Kate Saxton (*Admitted Pro Hac Vice*)<br>Kate.Saxton@wilmerhale.com |
| 21 | | |
| 22 | | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street |
| 23 | | Boston, MA 02109<br>Tel: +1 617 526 6000 |
| 24 | | *Attorneys for Plaintiff Skyworks Solutions, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**SIGNATURE CERTIFICATION**

I, Cyndie M. Chang, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorized the filing.

*/s/ Cyndie M. Chang*
Cyndie M. Chang

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be electronically filed on August 12, 2024, with the Clerk using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

*/s/ Cyndie M. Chang*
Cyndie M. Chang