1  Cyndie M. Chang (SBN 227542)
   cmchang@duanemorris.com
2  **DUANE MORRIS LLP**
   865 South Figueroa Street
3  Suite 3100
   Los Angeles, CA 90017-5450
4  Telephone: 213.689.7400
   Facsimile: 213.689.7401
5
6  Attorney for Defendant:
   *Grand Chip Labs, Inc.*
7
8
9              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
10                    SOUTHERN DIVISION
11

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., | CASE NUMBER: 8:24-cv-00974-FWS-ADS |
| Plaintiff, | |
| v. | **GRAND CHIP LABS, INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 7.1-1** |
| KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC. AND RUIJIE NETWORKS CO., LTD. | |
| Defendants. | |

## CORPORATE DISCOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date the only parent company or public held corporation owning ten percent (10%) or more of Grand Chip Labs, Inc.'s common stock is Kangxi Communication Technologies (Shanghai) Co., Ltd.

## NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Grand Chip Labs, Inc. certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

As of this date, we are not aware of any interested parties (other than the named parties).

Dated: August 12, 2024

Respectfully submitted,

*/s/ Cyndie M. Chang*
Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street
Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401

Attorney for Defendant:
*Grand Chip Labs, Inc.*

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be electronically filed on August 12, 2024, with the Clerk using the CM/ECF System.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

*/s/ Cyndie M. Chang*
Cyndie M. Chang