Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street
Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401

Attorney for Defendant:
*Grand Chip Labs, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC. AND RUIJIE NETWORKS CO., LTD.<br><br>Defendants. | **8:24-cv-00974-FWS-ADS**<br><br>**Grand Chip Labs, Inc.'s Answer to First Amended Complaint for Patent Infringement**<br><br>**Amended Complaint Filed: July 17, 2024**<br>**Trial Date: Not Set**<br><br>**Demand for Jury Trial** |

1

Defendant Grand Chip Labs, Inc. ("Defendant" or "Grand Chip Labs") hereby responds to the Amended Complaint for Patent Infringement ("Complaint") filed by Plaintiff Skyworks Solutions, Inc. (collectively "Plaintiff" or "Skyworks") with the following Answer and Affirmative Defenses. Grand Chip Labs generally denies the allegations in the Complaint, whether express or implied, except as otherwise expressly admitted in the numbered paragraphs below. To the extent the allegations in the Complaint set forth legal conclusions, no response is required. Grand Chip Labs further denies that Skyworks is entitled to the relief requested or any other relief.

Grand Chip Labs responds to the correspondingly-numbered paragraphs in the Complaint as follows:

## NATURE OF THE ACTION[1]

1.      Grand Chip Labs admits the Complaint purports to be filed against the Defendants listed in Paragraph 1, but denies the remaining allegations in Paragraph 1.

## THE PARTIES

**A.    Skyworks**

2.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and accordingly, denies them.

3.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3, and accordingly, denies them.

4.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4, and accordingly, denies them.

5.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5, and accordingly, denies them.

---

[1] Grand Chip Labs repeats the headings, sub-headings, and numbered paragraphs set forth in the Complaint but makes no admissions regarding the substance of a heading or sub-heading or any other allegation of the Complaint.

**B.    The KCT Defendants**

6.    Grand Chip Labs admits that Defendants Kangxi Communication Technologies (Shanghai) Co., Ltd., ("KCT") is a corporation organized under the laws of China and that its principal place of business is located at 5th Floor, Building 10, No. 399 Keyuan Road, Pudong New Area, Shanghai, China.

7.    Grand Chip Labs admits that KCT was established in 2014 and that it offers certain wireless FEM products.  To the extent that the allegations of paragraph 7 purport to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 7.

8.    Denied.

9.    Denied.

10.    Grand Chip Labs admits it is a corporation organized under Nevada law with a principal place of business at 14151 Newport Ave., Suite 204, Tustin, CA 92780.  Grand Chip Labs denies the remaining allegations in Paragraph 10.

11.    Denied.

12.    To the extent that the allegations of paragraph 12 of the Complaint purport to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 12.

**C.    The D-Link Defendants**

13.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and accordingly, denies them.

14.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and accordingly, denies them.

15.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and accordingly, denies them.

16.    Grand Chip Labs lacks knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 16, and accordingly, denies them.

**D.    Ruijie**

17.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and accordingly, denies them.

18.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and accordingly, denies them.

19.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and accordingly, denies them.

## JURISDICTION AND VENUE

20.    Grand Chip Labs admits the Complaint purports to be a civil action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1 et seq, including 35 U.S.C. §§ 271, 281, 283, 284, and 285.

21.    Admitted.

**A.    The KCT Defendants**

i)    *[KCT]*

22.    Denied.

23.    Denied.

24.    Denied.

25.    Denied.

ii)    *[Grand Chip Labs]*

26.    Admitted.

27.    Denied.

28.    Denied.

**B.    The D-Link Defendants**

i)    *D-Link Corporation*

29.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29, and accordingly, denies them.

30.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and accordingly, denies them.

31.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31, and accordingly, denies them.

ii) *D-Link Systems, Inc.*

32.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32, and accordingly, denies them.

33.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33, and accordingly, denies them.

34.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34, and accordingly, denies them.

35.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35, and accordingly, denies them.

**C.      Ruijie**

36.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36, and accordingly, denies them.

37.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37, and accordingly, denies them.

38.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38, and accordingly, denies them.

39.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39, and accordingly, denies them.

**FACTUAL BACKGROUND**

**A.      Technology Background**

40.      Denied.

41.      Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41, and accordingly, denies them.

42.     Grand Chip Labs admits that Paragraph 42 of the Complaint purports to provide a description of Wi-Fi FEMs, but denies that said description in the Complaint accurately reflects the scope of the patents-in-suit or Skyworks' substantive allegations.

43.     Grand Chip Labs admits that Paragraph 43 of the Complaint purports to provide a description of Wi-Fi FEMs, but denies that said description in the Complaint accurately reflects the scope of the patents-in-suit or Skyworks' substantive allegations.

44.     Grand Chip Labs admits that Paragraph 44 of the Complaint purports to provide a description of Wi-Fi FEMs, but denies that said description in the Complaint accurately reflects the scope of the patents-in-suit or Skyworks' substantive allegations.

45.     Grand Chip Labs admits that Paragraph 45 of the Complaint purports to provide a description of Wi-Fi FEMs, but denies that said description in the Complaint accurately reflects the scope of the patents-in-suit or Skyworks' substantive allegations.

46.     Grand Chip Labs admits that Paragraph 46 of the Complaint purports to provide a description of Wi-Fi FEMs, but denies that said description in the Complaint accurately reflects the scope of the patents-in-suit or Skyworks' substantive allegations.

47.     Denied.

**B.     The Asserted Patents**

59.[2]    Denied.

60.     Grand Chip Labs admits that the face of the '101 Patent states that it is titled "Apparatus and methods for biasing power amplifiers," and that it issued on May 6, 2014. Grand Chip Labs admits that what purports to be a certified copy of the

_____

[2] Due to an apparent typographical error, the Complaint skips Paragraphs 48-58. For convenience, we have reproduced the Paragraph numbers as they appear in the Complaint.

'101 Patent is filed on the case docket at Dkt. 1-6. Grand Chip Labs denies the remaining allegations in Paragraph 60.

61.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61, and accordingly, denies them.

62.    Grand Chip Labs admits that Paragraph 62 accurately reproduces some text from the '101 patent.  To the extent that paragraph 62 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 62.

63.    Grand Chip Labs admits that Paragraph 63 accurately reproduces some text from the '101 patent.  To the extent that paragraph 63 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 63.

64.    Grand Chip Labs admits that Paragraph 64 accurately reproduces some text from the '101 patent.  To the extent that paragraph 64 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 64.

ii)    _The '563 Patent_

65.    Grand Chip Labs admits that the face of the '563 Patent states that it is titled "Apparatus and methods for biasing of power amplifiers," and that it issued on March 13, 2018. Grand Chip Labs admits that what purports to be a certified copy of the '563 Patent is filed on the case docket at Dkt. 1-7. Grand Chip Labs denies the remaining allegations in Paragraph 65.

66.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66, and accordingly, denies them.

67.    Grand Chip Labs admits that Paragraph 67 accurately reproduces some text from the '563 patent.  To the extent that paragraph 67 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 67.

68.     Grand Chip Labs admits that Paragraph 68 accurately reproduces some text from the '563 patent.  To the extent that paragraph 68 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 68.

69.     Grand Chip Labs admits that Paragraph 69 accurately reproduces some text from the '563 patent.  To the extent that paragraph 69 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 69.

iii)     *The '579 Patent*

70.     Grand Chip Labs admits that the face of the '579 Patent states that it is titled "Radio frequency devices having reduced intermodulation distortion," and that it issued on September 20, 2016. Grand Chip Labs admits that what purports to be a certified copy of the '579 Patent is filed on the case docket at Dkt. 1-8. Grand Chip Labs denies the remaining allegations in Paragraph 70.

71.     Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71, and accordingly, denies them.

72.     Grand Chip Labs admits that Paragraph 72 accurately reproduces some text from the '579 patent.  To the extent that paragraph 72 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 72.

73.     Grand Chip Labs admits that Paragraph 73 accurately reproduces some text from the '579 patent.  To the extent that paragraph 73 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 73.

74.     Grand Chip Labs admits that Paragraph 74 accurately reproduces some text from the '579 patent.  To the extent that paragraph 74 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 74.

iv)    *The '194 Patent*

75.    Grand Chip Labs admits that the face of the '194 Patent states that it is titled "Radio-frequency switch system having improved intermodulation distortion performance," and that it issued on September 19, 2015. Grand Chip Labs admits that what purports to be a certified copy of the '194 Patent is filed on the case docket at Dkt. 1-9. Grand Chip Labs denies the remaining allegations in Paragraph 75.

76.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76, and accordingly, denies them.

77.    Grand Chip Labs admits that Paragraph 77 accurately reproduces some text from the '194 patent.  To the extent that paragraph 77 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 77.

78.    Grand Chip Labs admits that Paragraph 78 accurately reproduces some text from the '194 patent.  To the extent that paragraph 78 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 78.

79.    Grand Chip Labs admits that Paragraph 79 accurately reproduces some text from the '194 patent.  To the extent that paragraph 79 purports to characterize the contents of a written document, that document speaks for itself and no further answer is required.  Grand Chip Labs denies the remaining allegations in Paragraph 79.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 8,717,101

80.    Grand Chip Labs incorporates its responses to all previous paragraphs as if fully set forth herein.

81.    Denied.

**A.    Infringement by the KCT Defendants**

82.    Denied.

83.    Denied.

84.    Denied.

85.    Denied.

86.    Denied.

87.    Denied.

88.    Denied.

89.    Denied.

90.    To the extent that the allegations of Paragraph 90 purport to characterize the contents of written documents, those documents speak for themselves and no further response is required.  Grand Chip Labs denies the remaining allegations in Paragraph 90.

91.    Denied.

92.    Denied.

93.    Denied.

94.    Denied.

95.    Denied.

96.    Denied.

**B.    Infringement by the D-Link Defendants**

97.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97, and accordingly, denies them.

98.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98, and accordingly, denies them.

99.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99, and accordingly, denies them.

100.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100, and accordingly, denies them.

101.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101, and accordingly, denies them.

102.    Grand Chip Labs lacks knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 102, and accordingly, denies them.

103.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103, and accordingly, denies them.

104.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104, and accordingly, denies them.

105.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105, and accordingly, denies them.

**C.    Infringement by Ruijie**

106.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106, and accordingly, denies them.

107.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107, and accordingly, denies them.

108.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108, and accordingly, denies them.

109.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109, and accordingly, denies them.

110.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110, and accordingly, denies them.

111.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111, and accordingly, denies them.

112.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112, and accordingly, denies them.

113.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113, and accordingly, denies them.

114.    Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114, and accordingly, denies them.

**COUNT II – INFRINGEMENT OF U.S. PATENT NO. 9,917,563**

115.   Grand Chip Labs incorporates its responses to all previous paragraphs as if fully set forth herein.

116.   Denied.

**A.     Infringement by the KCT Defendants**

117.   Denied.

118.   Denied.

119.   Denied.

120.   Denied.

121.   Denied.

122.   Denied.

123.   To the extent that the allegations of Paragraph 123 purport to characterize the contents of written documents, those documents speak for themselves and no further response is required.  Grand Chip Labs denies the remaining allegations in Paragraph 123.

124.   Denied.

125.   Denied.

126.   Denied.

127.   Denied.

128.   Denied.

129.   Denied.

**B.     Infringement by the D-Link Defendants**

130.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130, and accordingly, denies them.

131.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131, and accordingly, denies them.

132.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132, and accordingly, denies them.

133.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133, and accordingly, denies them.

134.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134, and accordingly, denies them.

135.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135, and accordingly, denies them.

136.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136, and accordingly, denies them.

137.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137, and accordingly, denies them.

138.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138, and accordingly, denies them.

**C.**   **Infringement by Ruijie**

139.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139, and accordingly, denies them.

140.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140, and accordingly, denies them.

141.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141, and accordingly, denies them.

142.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142, and accordingly, denies them.

143.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143, and accordingly, denies them.

144.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144, and accordingly, denies them.

145.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145, and accordingly, denies them.

146.   Grand Chip Labs lacks knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 146, and accordingly, denies them.

147.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147, and accordingly, denies them.

## COUNT III – INFRINGEMENT OF U.S. PATENT NO. 9,450,579

148.   Grand Chip Labs incorporates its responses to all previous paragraphs as if fully set forth herein.

149.   Denied.

### A.    Infringement by the KCT Defendants

150.   Denied.

151.   Denied.

152.   Denied.

153.   To the extent that the allegations of Paragraph 153 purport to characterize the contents of written documents, those documents speak for themselves and no further response is required.  Grand Chip Labs denies the remaining allegations in Paragraph 153.

154.   Denied.

155.   Denied.

156.   Denied.

157.   Denied.

158.   Denied.

159.   Denied.

### B.    Infringement by the D-Link Defendants

160.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160, and accordingly, denies them.

161.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161, and accordingly, denies them.

162.   Grand Chip Labs lacks knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 162, and accordingly, denies them.

163.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163, and accordingly, denies them.

164.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164, and accordingly, denies them.

165.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165, and accordingly, denies them.

166.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166, and accordingly, denies them.

167.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167, and accordingly, denies them.

168.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168, and accordingly, denies them.

## C.   **Infringement by Ruijie**

169.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169, and accordingly, denies them.

170.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170, and accordingly, denies them.

171.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171, and accordingly, denies them.

172.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172, and accordingly, denies them.

173.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173, and accordingly, denies them.

174.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174, and accordingly, denies them.

175.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175, and accordingly, denies them.

176.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176, and accordingly, denies them.

177.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177, and accordingly, denies them.

## <u>COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 9,148,194</u>

178.   Grand Chip Labs incorporates its responses to all previous paragraphs as if fully set forth herein.

179.   Denied.

**A.    <u>Infringement by the KCT Defendants</u>**

180.   Denied.

181.   Denied.

182.   To the extent that the allegations of Paragraph 182 purport to characterize the contents of written documents, those documents speak for themselves and no further response is required.  Grand Chip Labs denies the remaining allegations in Paragraph 182.

183.   Denied.

184.   Denied.

185.   Denied.

186.   Denied.

187.   Denied.

188.   Denied.

**B.    <u>Infringement by the D-Link Defendants</u>**

189.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189, and accordingly, denies them.

190.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190, and accordingly, denies them.

191.   Grand Chip Labs lacks knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 191, and accordingly, denies them.

192.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192, and accordingly, denies them.

193.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193, and accordingly, denies them.

194.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194, and accordingly, denies them.

195.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195, and accordingly, denies them.

196.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196, and accordingly, denies them.

197.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197, and accordingly, denies them.

**C.**   **Infringement by Ruijie**

198.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198, and accordingly, denies them.

199.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199, and accordingly, denies them.

200.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200, and accordingly, denies them.

201.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201, and accordingly, denies them.

202.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202, and accordingly, denies them.

203.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203, and accordingly, denies them.

204.   Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204, and accordingly, denies them.

205. Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205, and accordingly, denies them.

206. Grand Chip Labs lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206, and accordingly, denies them.

## PRAYER FOR RELIEF

Grand Chip Labs denies it has acted unlawfully. Grand Chip Labs denies Plaintiffs are entitled to the requested relief.

## DEMAND FOR JURY TRIAL

Grand Chip Labs admits Skyworks demands a trial by jury. Grand Chip Labs also demands a trial by jury.

## AFFIRMATIVE DEFENSES

Grand Chip Labs asserts the following affirmative and other defenses as to the Asserted Patents. Grand Chip Labs's inclusion of these affirmative defenses is not a concession that Grand Chip Labs bears the burden of proof with respect to any of them. Discovery has just begun at the time of this Answer, and therefore, Grand Chip Labs has not yet had sufficient time and opportunity to collect and review all the information that may be relevant to the matters and issues raised herein. Grand Chip Labs reserves the right to seek amendment of, modify, and/or expand these defenses and to take further positions as discovery proceeds in this civil action. Furthermore, to the extent Complainants further amend the Complaint, Grand Chip Labs expressly reserves the right to amend this Answer.

## I. FIRST AFFIRMATIVE DEFENSE: INVALIDITY OVER THE PRIOR ART

1. The asserted claims of the '101, '563, '579, and '194 Patents are invalid for failing to comply with one or more of the requirements set forth in 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 256.

## II.   SECOND AFFIRMATIVE DEFENSE: LACK OF WRITTEN DESCRIPTION

2.     At least the asserted claims of the Asserted Patents are invalid under 35 U.S.C. § 112 because the Asserted Patents do not reasonably convey to those skilled in the art that the named inventor(s) had possession of the claimed subject matter as of the filing date.

## III.   THIRD AFFIRMATIVE DEFENSE: INDEFINITENESS

3.     At least the asserted claims of the Asserted Patents are invalid under 35 U.S.C. § 112 for failing to particularly point out and distinctly claim the subject matter which the applicant regards as his invention.

### IV.   FOURTH AFFIRMATIVE DEFENSE: ENABLEMENT

4.     At least the asserted claims of the Asserted Patents are invalid under 35 U.S.C. § 112 because the Asserted Patents fail to disclose the manner and process of making and using the alleged inventions set forth in the claims, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same.

## V.   FIFTH AFFIRMATIVE DEFENSE: NON-INFRINGEMENT

5.     Without conceding a legal burden where none exists, Grand Chip Labs does not directly infringe, indirectly infringe, contribute to infringement, or induce infringement of any valid or enforceable claim of the '101, '563, '579, and '194 Patents, either literally or under the doctrine of equivalents, and has not otherwise committed any acts in violation of 35 U.S.C. § 271.  Grand Chip Labs does not directly or indirectly infringe any valid and enforceable claim of the '101, '563, '579, and '194 Patents either before, at, or after the time of importation or same; it does not induce infringement by any other party or non-party; and it does not contribute to infringement by any other

party or non-party.

## VI.    SIXTH AFFIRMATIVE DEFENSE: PATENT EXHAUSTION AND EXPRESS OR IMPLIED LICENSE

6.    Plaintiffs' claims are barred, in whole or in part, by prior licenses and/or the doctrine of patent exhaustion. This includes without limitation situations where allegedly infringing products or components are supplied to, directly or indirectly, by a supplier or other entity who (a) has an express or implied license to the Asserted Patent and/or (b) is protected by the doctrine of patent exhaustion.

7.    The allegations set forth herein are made on the information and belief of Grand Chip Labs and are subject to the discovery of additional evidence.

## VII.   SEVENTH AFFIRMATIVE DEFENSE: EQUITABLE DEFENSES

8.    Plaintiffs' claims are barred in whole or in party by the equitable doctrines of unclean hands, estoppel, waiver, and/or acquiescence.

## VIII.  EIGHTH AFFIRMATIVE DEFENSE: OTHER DEFENSES

9.    Grand Chip Labs further reserves the right to amend its Answer to include other affirmative defenses that it may learn of during the course of this case by way of discovery of additional evidence or otherwise.

Dated:  August 30, 2024                 Respectfully submitted,

                                        */s/Cyndie M. Chang*
                                        Cyndie M. Chang (SBN 227542)
                                        cmchang@duanemorris.com
                                        **DUANE MORRIS LLP**
                                        865 South Figueroa Street
                                        Suite 3100
                                        Los Angeles, CA 90017-5450
                                        Telephone: 213.689.7400
                                        Facsimile: 213.689.7401

                                        Attorney for Defendant:
                                        *Grand Chip Labs, Inc.*

## **DEMAND FOR JURY**

Pursuant to L.R. 38-1, Grand Chip Labs hereby demands a trial by jury.


*/s/ Cyndie M. Chang*
Cyndie M. Chang


## **CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be electronically filed on August 30, 2024, with the Clerk using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.


*/s/ Cyndie M. Chang*
Cyndie M. Chang