Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street
Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401

Attorney for Defendant:
*Grand Chip Labs, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC. AND RUIJIE NETWORKS CO., LTD. <br><br> Defendants. | **CASE NUMBER: 8:24-cv-00974-FWS-ADS** <br><br> **Declaration of Cyndie M. Chang in Support of Grand Chip Labs, Inc.'s Unopposed Motion to Stay Under 28 U.S.C. § 1659(a)** |

I, Cyndie M. Chang, declare as follows:

1.     I am a partner at the law firm of Duane Morris LLP and am counsel for Defendant Grand Chip Labs, Inc. ("Grand Chip Labs").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.  I submit this Declaration in support of Grand Chip Labs's Unopposed Motion to Stay Under 28 U.S.C. § 1659(a). In making this Declaration, it is not my intention, nor the intention of Grand Chip Labs, to waive the attorney-client privilege, the attorney work-product immunity, or any other applicable privilege.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the International Trade Commission's Notice of Investigation in Inv. No. 337-TA-1413.

Executed on August 30, 2024, in Los Angeles, California.

*/s/ Cyndie M. Chang*

Cyndie M. Chang

# Exhibit A

### UNITED STATES INTERNATIONAL TRADE COMMISSION
#### Washington, D.C.

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN WIRELESS FRONT-END MODULES AND DEVICES CONTAINING THE SAME** | Inv. No. 337-TA-1413 |

## NOTICE OF INSTITUTION OF INVESTIGATION

Institution of investigation pursuant to 19 U.S.C. 1337

AGENCY:  U.S. International Trade Commission

ACTION:  Notice

SUMMARY:  Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on July 17, 2024, under section 337 of the Tariff Act of 1930, as amended, on behalf of Skyworks Solutions, Inc. of Irvine, California; Skyworks Solutions Canada, Inc. of Canada; and Skyworks Global Pte. Ltd. of Singapore.  A letter supplementing the complaint was filed on August 5, 2024.  The complaint, as supplemented, alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain wireless front-end modules and devices containing the same by reason of the infringement of certain claims of U.S. Patent No. 8,717,101 ("the '101 patent"); U.S. Patent No. 9,917,563 ("the '563 patent"); U.S. Patent No. 7,409,200 ("the '200 patent"); U.S. Patent No. 9,450,579 ("the '579 patent"); and U.S. Patent No. 9,148,194 ("the '194 patent"). The complaint, as supplemented, further alleges that an industry in the United States exists or is in the process of being established as required by the applicable Federal Statute.

The complainants request that the Commission institute an investigation and, after the investigation, issue a general exclusion order, or in the alternative a limited exclusion order, and cease and desist orders.

ADDRESSES:  The complaint, as supplemented, except for any confidential information contained therein, may be viewed on the Commission's electronic docket (EDIS) at https://edis.usitc.gov.  For help accessing EDIS, please email EDIS3Help@usitc.gov.  Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205-1810.  Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205-2000. General information concerning the Commission may also be obtained by accessing its internet server at https://www.usitc.gov.

FOR FURTHER INFORMATION CONTACT: Pathenia M. Proctor, The Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205-2560.

SUPPLEMENTARY INFORMATION:

AUTHORITY: The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10 (2024).

SCOPE OF INVESTIGATION: Having considered the complaint, the U.S. International Trade Commission, on August 16, 2024, ORDERED THAT –

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain products identified in paragraph (2) by reason of infringement of one or more of claims 1, 2, 10, 11, 17, 18, and 20-22 of the '101 patent; claims 14, 15, 17, and 20 of the '563 patent; claims 1, 2, 6, 10-12, 15, 18-20, and 23-25 of the '200 patent; claims 1 and 7 of the '579 patent; and claim 4 of the '194 patent, and whether an industry in the United States exists or is in the process of being established as required by subsection (a)(2) of section 337;

(2) Pursuant to section 210.10(b)(1) of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10(b)(1), the plain language description of the accused products or category of accused products, which defines the scope of the investigation, is "wireless front-end modules and wireless routers";

(3) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainants are:

Skyworks Solutions, Inc.
5260 California Avenue
Irvine, CA 92617

Skyworks Solutions Canada, Inc.
1135 Innovation Drive
Ottawa, Ontario K2K 3G7
Canada

Skyworks Global Pte. Ltd.
3 Bedok South Rd.
Singapore 469269

2

(b)  The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Kangxi Communication Technologies (Shanghai) Co., Ltd.
5th Floor, Building 10,
No. 399 Keyuan Road
Pudong New Area, Shanghai, China

Grand Chip Labs, Inc.
14151 Newport Ave., Suite 204
Tustin, CA 92780

D-Link Corporation
4F 289 Sinhu 3rd Road,
Neihu District, Taipei, 114 Taiwan

D-Link Systems Inc.
14420 Myford Road, Suite 100
Irvine, CA 92606

Ruijie Networks Co., Ltd.
Building 19, Juyuanzhou Industrial Park,
No. 618
Jinshan Road, Cangshan District, Fuzhou,
Fujian, China

(c)  The Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street, S.W., Suite 401, Washington, D.C. 20436; and

(4)  For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

Responses to the complaint, as supplemented, and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.13.  Pursuant to 19 C.F.R. 201.16(e) and 210.13(a), as amended in 85 Fed. Reg. 15798 (March 19, 2020), such responses will be considered by the Commission if received not later than 20 days after the date of service by the complainants of the complaint and the notice of investigation.  Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination

3

containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Lisa Barton
Secretary to the Commission

Issued: August 16, 2024

# UNITED STATES INTERNATIONAL TRADE COMMISSION
## Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN WIRELESS FRONT-END MODULES AND DEVICES CONTAINING THE SAME** | **Inv. No. 337-TA-1413** |

## DESIGNATION OF OUII ATTORNEY
## FOR SERVICE OF PROCESS

The Office of Unfair Import Investigations ("OUII") hereby designates Linda Chang,

Esq., (202) 205-1873, linda.chang@usitc.gov as OUII's lead attorney for service of process.

It is requested that all documents served by the Commission or filed by the parties in the above-

referenced investigation be served upon this attorney.

Respectfully submitted,

Margaret Macdonald, Director

**OFFICE OF UNFAIR IMPORT INVESTIGATIONS**
U.S. International Trade Commission
500 E Street, S.W., Suite 401
Washington, D.C.   20436
(202) 205-2560
(202) 205-2158 (facsimile)

August 16, 2024

**CERTAIN WIRELESS FRONT-END MODULES, DEVICES CONTAINING THE SAME, AND COMPONENTS THEREOF**

Inv. No. 337-TA-1413

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **INSTITUTION OF INVESTIGATION** has been served via EDIS upon **Linda Change, Esq** and the following parties as indicated, on **August 16, 2024**.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

**Complainants:**

Skyworks Solutions, Inc.
5260 California Avenue
Irvine, CA 92617

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download

Skyworks Solutions Canada, Inc.
1135 Innovation Drive
Ottawa, Ontario K2K 3G7
Canada

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download

Skyworks Global Pte. Ltd.
3 Bedok South Rd.
Singapore 469269

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download

**On Behalf of Complainant Skyworks Solutions, Inc., Skyworks Solutions, Inc, and Skyworks Global Pte. Ltd.:**

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download

James M. Dowd, Esq.
**WILMER CUTLER PICKERING HALE AND DORR LLP** 350 S. Grand Ave, Suite 2400
Los Angeles, CA 90071
Email:  james.dowd@wilmerhale.com

Certificate of Service – Page 2

**Respondents:**

| | |
|---|---|
| Kangxi Communication Technologies (Shanghai) Co., Ltd. 5th Floor, Building 10, No.399 Keyuan Road Pudong New Area, Shanghai, China | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| Grand Chip Labs, Inc. 14151 Newport Ave., Suite 204 Tustin, CA 92780 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| D-Link Corporation 4F 289 Sinhu 3rd Road Neihu District, Taipei, 114 Taiwan | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| D-Link Systems Inc. 14420 Myford Road, Suite 100 Irvine, CA 92606 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| Ruijie Networks Co., Ltd. Building 19, Juyuanzhou Industrial Park, No. 618 Jinshan Road, Cangshan District, Fuzhou, Fujian China | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |

**CERTAIN WIRELESS FRONT-END MODULES,**　　　　　　**Inv. No. 337-TA-1413**
**DEVICES CONTAINING THE SAME, AND**
**COMPONENTS THEREOF**

Certificate of Service – Page 3

**Taipei Economic & Cultural  Representative Office:**

Taipei Economic & Cultural Representative Office
4201 Wisconsin Avenue, NW
Washington, DC 20016

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be
Completed by Complainant

**Embassy:**

Embassy of China
3505 International Place, NW
Washington, DC 20008

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be
Completed by Complainant

**Government Agencies:**

Lynda Marshall
International Section, Antitrust
Division U.S. Department of
Justice 450 5th Street NW, Room 11000
Washington, DC 20530

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download

Dax Terrill, Chief
Exclusion Order Enforcement Branch
U.S. Customs and Border Protection
Regulations and Rulings
90 K Street NE – 10th Floor
Washington, DC  20229

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download

Andrew Heimert
International Antitrust, Office of International Affairs
Federal Trade Commission
600 Pennsylvania Avenue, Room 498
Washington, DC 20580

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download

Summer E. Young, PH.D., J.D.
HHS Office of the General Counsel, NIH Branch National
Institutes of Health
31 Center Drive
Bldg. 31, Room 2B-50
Bethesda, MD 20892

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Skyworks Solutions, Inc.
5260 California Avenue
Irvine, CA 92617

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Skyworks Solutions Canada, Inc.
1135 Innovation Drive
Ottawa, Ontario K2K 3G7
Canada

**Re:**    **Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Skyworks Global Pte. Ltd.
3 Bedok South Rd.
Singapore 469269

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

### WASHINGTON, DC 20436

August 16, 2024

James M. Dowd, Esq.
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 S. Grand Ave, Suite 2400
Los Angeles, CA 90071

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Kangxi Communication Technologies (Shanghai) Co., Ltd.
5th Floor, Building 10, No.399 Keyuan Road
Pudong New Area, Shanghai
China

**Re:    Certain Wireless Front-End Modules, Devices
        Containing the Same, and Components Thereof; Inv. No.
        337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Kangxi Communication Technologies (Shanghai) Co., Ltd.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
   1. Complaint
   2. Notice of Investigation
   3. Code of Federal Regulation
   4. Publication Regarding the Section 337 Mediation Program
   5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Grand Chip Labs, Inc.
14151 Newport Ave., Suite 204
Tustin, CA 92780

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Grand Chip Labs, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

D-Link Corporation
4F 289 Sinhu 3rd Road
Neihu District, Taipei, 114
Taiwan

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **D-Link Corporation** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

D-Link Systems Inc.
14420 Myford Road, Suite 100
Irving, CA 92606

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **D-Link Systems Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Ruijie Networks Co., Ltd.
Building 19, Juyuanzhou Industrial Park, No. 618
Jinshan Road, Cangshan District, Fuzhou, Fujian
China

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Ruijie Networks Co., Ltd.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

`
Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Material

August 16, 2024

**Taipei Economic & Cultural Representative Office**
**4201 Wisconsin Avenue, NW**
**Washington, DC 20016**

Re:    **Certain Wireless Front-End Modules, Devices**
        **Containing the Same, and Components Therof; Inv. No.**
        **337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). One or more of the parties named in the investigation is located in **Taiwan**.

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of the Complaint filed in this investigation together with a copy of the Commission's Notice of Investigation.

                    Sincerely,

                    Lisa R. Barton

Enclosures:
1. Complaint
2. Notice of Investigation

cc:  American Institute in Taiwan, via electronic mail



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Embassy of China
3505 International Place, NW
Washington, DC 20008

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  One or more of the parties named in the investigation is located in **China**.

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of the Complaint filed in this investigation together with a copy of the Commission's Notice of Investigation.

Sincerely,

Lisa R. Barton Secretary

Enclosures:
1. Complaint
2. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Lynda Marshall
International Section
Antitrust Division
U.S. Dept of Justice
450 5th Street NW, Room 11000
Washington, DC 20530

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Lynda Marshall:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the
Complaint and any supplements filed in the investigation will be provided upon request.
Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission
Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
   1. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Dax Terrill, Chief
Exclusion Order Enforcement Branch
U.S. Customs and Border Protection
Regulations and Rulings
90 K Street NE, 10th Floor
Washington, DC 20229-1177

**Re:    Certain Wireless Front-End Modules, Devices
Containing the Same, and Components Thereof; Inv. No.
337-TA-1413**

Dear Dax Terrill:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
    1.  Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Andrew Heimert
Office of International Affairs
Federal Trade Commission
600 Pennsylvania Avenue, Room 498
Washington, DC 20580

**Re:     Certain Wireless Front-End Modules, Devices
         Containing the Same, and Components Thereof; Inv. No.
         337-TA-1413**

Dear Andrew Heimert:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
  1.  Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

August 16, 2024

Summer E. Young, Ph.D., J.D.
HHS Office of the General Counsel, NIH Branch
National Institutes of Health
31 Center Drive
Building 31, Room 2B-50
Bethesda, MD 20892

**Re:**    **Certain Wireless Front-End Modules, Devices**
**Containing the Same, and Components Thereof; Inv. No.**
**337-TA-1413**

Dear Summer Young:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
1. Notice of Investigation