| | |
|---|---|
| James M. Dowd (SBN 211280)<br>  james.dowd@wilmerhale.com<br>Derek A. Gosma (SBN 274515)<br>  derek.gosma@wilmerhale.com<br>**WILMER CUTLER PICKERING**<br>**HALE AND DORR LLP**<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA  90071<br>Telephone: +1 213 443 5300<br><br>Joseph F. Haag (SBN 248749)<br>  joseph.haag@wilmerhale.com<br>**WILMER CUTLER PICKERING**<br>**HALE AND DORR LLP**<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA  94306<br>Telephone +1 650 858 6000<br><br>Kate Saxton (*Admitted Pro Hac Vice*)<br>  Kate.Saxton@wilmerhale.com<br>**WILMER CUTLER PICKERING**<br>**HALE AND DORR LLP**<br>60 State Street<br>Boston, MA  02109<br>Telephone +1 617 526 6000<br><br>*Attorneys for Plaintiff*<br>*Skyworks Solutions, Inc.* | Christopher Kao (SBN 237716)<br>  Christopher.kao@pillsburylaw.com<br>**PILLSBURY WINTHROP SHAW**<br>**PITTMAN LLP**<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA  94111-5998<br>Telephone:   415.983.1000<br><br>*Attorneys for Defendants*<br>*D-Link Corporation and*<br>*D-Link Systems, Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>KANGXI COMMUNICATION<br>TECHNOLOGIES SHANGHAI<br>CO., LTD., et al.,<br><br>           Defendants. | Case No. 24-cv-00974-FWS-ADS<br><br>**JOINT STIPULATION FOR**<br>**EXTENSION OF TIME TO RESPOND**<br>**TO FIRST AMENDED COMPLAINT** |

Plaintiff Skyworks Solutions, Inc.'s ("Skyworks") and Defendants D-Link Systems, Inc. ("D-Link Systems") and D-Link Corporation ("D-Link Corp."), by and through their undersigned counsel, file this Joint Stipulation for an Extension of Time to Respond to Plaintiff's First Amended Complaint ("FAC").

The FAC was served on D-Link Systems on July 23, 2024, and the response date was August 13, 2024. D-Link Corp. (a foreign entity) waived service of process on August 30, 2024, making its response due on December 2, 2024 (November 28-29 being holidays).

The parties have met and conferred. D-Link Systems has requested and Skyworks has consented to an extension for D-Link Systems to answer or respond to the FAC, corresponding with the response date of D-Link Corp. The extension will not alter the date of any event or any deadline already fixed by Court order. The new response date will be December 2, 2024 for both entities.

The parties respectfully request that the Court enter an order granting the extension for both entities.

Dated: September 4, 2024          Respectfully submitted,

                                  WILMER CUTLER PICKERING HALE AND DORR LLP


                                  By:   /s/ Kate Saxton
                                        Kate Saxton

                                        Attorneys for Plaintiff


Dated: September 4, 2024          PILLSBURY WINTHROP SHAW PITTMAN LLP


                                  By:   /s/ Christopher Kao
                                        Christopher Kao

                                        Attorneys for Defendants
                                        D-Link Corporation and
                                        D-Link Systems, Inc.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing by email.

Dated: September 4, 2024

*/s/ Christopher Kao*
Christopher Kao

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 4, 2024, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

*/s/ Christopher Kao*
Christopher Kao