# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KANGXI COMMUNICATION TECHNOLOGIES SHANGHAI CO., LTD., et al., <br><br> Defendants. | Case No. 24-cv-00974-FWS-ADS <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Upon consideration of the Joint Stipulation for Extension of Time to Respond to First Amended Complaint submitted by Plaintiff Skyworks Solutions, Inc. and Defendants D-Link Systems, Inc. and D-Link Corporation,

IT IS ORDERED that the Stipulation is granted, and the date for D-Link Systems, Inc. and D-Link Corporation to respond to the First Amended Complaint is December 2, 2024.

Dated: _____

_____
Honorable Fred W. Slaughter
United States District Judge