**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> KANGXI COMMUNICATION TECHNOLOGIES SHANGHAI CO., LTD., et al., <br><br> Defendants. | Case No. 8:24-cv-00974-FWS-ADS <br><br> **ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT [49]** |

///
///
///

Having reviewed and considered the Joint Stipulation for Extension of Time to Respond to First Amended Complaint [49] ("Stipulation"), submitted by Plaintiff Skyworks Solutions, Inc. and Defendant D-Link Systems, Inc. and Defendant D-Link Corporation (together, "Defendants"), the files and records of the case, the applicable law, and for the good cause demonstrated by the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The deadline for Defendants to answer, move, or otherwise respond to the First Amended Complaint [25] in the above-captioned matter is **EXTENDED** to and including **December 2, 2024**.

Dated: September 6, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE