**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD.,<br><br>Defendants. | Case No.: 8:24-cv-00974-FWS-ADS<br><br>**[PROPOSED] ORDER GRANTING SKYWORKS' APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3)** |

1    This matter is before the Court pursuant to Plaintiff Skyworks Solutions, Inc.'s ("Skyworks") Application To File Under Seal Certain Documents In Support Of Its *Ex Parte* Application For Leave To Serve Its First Amended Complaint On Foreign Defendant Ruijie Via E-Email Pursuant To Fed. R. Civ. P. 4(f)(3) and Exhibit 3 ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Skyworks' Application is GRANTED. Skyworks shall file under seal its *Ex Parte* Application For Leave To Serve Its First Amended Complaint On Foreign Defendant Ruijie Via E-Email Pursuant To Fed. R. Civ. P. 4(f)(3) and Exhibit 3.

**IT IS SO ORDERED.**

Dated: _____                                    _____
                                                          The Hon. Fred W. Slaughter
                                                          U.S. District Judge