James M. Dowd (SBN 211280)
james.dowd@wilmerhale.com
Derek A. Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 213 443 5300

Joseph F. Haag (SBN 248749)
joseph.haag@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: +1 650 858 6000

Kate Saxton (*Admitted Pro Hac Vice*)
Kate.Saxton@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: +1 617 526 6000

*Attorneys for Plaintiff Skyworks Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD., <br><br> Defendants. | Case No.: 8:24-cv-00974-FWS-ADS <br><br> **DECLARATION OF DEREK A. GOSMA IN SUPPORT OF SKYWORKS' *EX PARTE* APPLICATION TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3)** <br><br> No Hearing Noticed |

I, Derek A. Gosma, declare and state as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff Skyworks Solutions, Inc. ("Skyworks") in the above-captioned matter.

2. I make this Declaration in support of Skyworks' *Ex Parte* Application To Serve Its First Amended Complaint On Foreign Defendant Ruijie Via E-Mail Pursuant To Fed. R. Civ. P. 4(F)(3).

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of an August 23, 2024 Notice of Appearance and Designation of Lead Attorney for Service filed by counsel for respondent Ruijie Networks Co., Ltd. ("Ruijie") in *Certain Wireless Front-End Modules and Devices Containing the Same*, Inv. No. 337-TA-1413 ("ITC Investigation").

5. Attached hereto as **Exhibit 2** is a true and correct copy of a September 4, 2024 email from Skyworks' counsel to Ruijie's counsel in the ITC Investigation.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a true and correct copy of a May 31, 2024 email from representatives of Ruijie to a representative of Skyworks.

7. Attached hereto as **Exhibit 4** is a true and correct copy of an August 23-September 3, 2024 email thread between Skyworks' counsel and Ruijie's counsel in the ITC investigation.

8. To date, Ruijie's counsel has not responded to Skyworks' request regarding service in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of September.

-1-

By: _____

Derek A. Gosma

-2-

GOSMA DECL. ISO SKYWORKS' *EX PARTE* APPLICATION
CASE NO.: 8:24-cv-00974-FWS-ADS