# EXHIBIT 4

| | |
|---|---|
| **From:** | Chunmeng Yang |
| **To:** | Saxton, Kate; DM_KCT_ITC_1413@DuaneMorris.com; FM-KCT-1413@fostermurphy.com; Linda.Chang@usitc.gov; Christopher.kao@pillsburylaw.com; WH Skyworks-KCT 1413 Service List |
| **Cc:** | qeruijie |
| **Subject:** | RE: 337-TA-1413 - Service |
| **Date:** | Tuesday, September 3, 2024 10:47:59 AM |

**EXTERNAL SENDER**

Dear Kate,

Thank you for your email. We will accept service of the 1413 Complaint if Skyworks will agree to an extension of time for Ruijie to respond to the 1413 Complaint until September 30. We calculated this date based on the deadline Ruijie would have had if the 1413 Complaint were served today via Fedex. Please confirm Skyworks agrees. Thank you.

Chunmeng

**From:** Saxton, Kate <Kate.Saxton@wilmerhale.com>
**Sent:** Tuesday, September 3, 2024 10:26 AM
**To:** Chunmeng Yang <chunmengyang@quinnemanuel.com>; DM_KCT_ITC_1413@DuaneMorris.com; FM-KCT-1413@fostermurphy.com; Linda.Chang@usitc.gov; Christopher.kao@pillsburylaw.com; WH Skyworks-KCT 1413 Service List <WHSkyworks-KCT1413ServiceList@wilmerhale.com>
**Cc:** qeruijie <qeruijie@quinnemanuel.com>
**Subject:** RE: 337-TA-1413 - Service

**[EXTERNAL EMAIL from kate.saxton@wilmerhale.com]**

Counsel for Ruijie-

Can we please have your response to the below email confirming you are accepting service of the 1413 Complaint on behalf of Ruijie?

Thank you,

Kate

**From:** Saxton, Kate
**Sent:** Thursday, August 29, 2024 10:44 AM
**To:** Chunmeng Yang <chunmengyang@quinnemanuel.com>;
DM_KCT_ITC_1413@DuaneMorris.com; FM-KCT-1413@fostermurphy.com;
Linda.Chang@usitc.gov; Christopher.kao@pillsburylaw.com; WH Skyworks-KCT 1413 Service List <WHSkyworks-KCT1413ServiceList@wilmerhale.com>
**Cc:** qeruijie <qeruijie@quinnemanuel.com>
**Subject:** RE: 337-TA-1413 - Service

Counsel for Ruijie-

Please confirm by reply to this email that you are accepting service of the 1413 Complaint on behalf of Ruijie.

Best regards, Kate

---

**From:** Chunmeng Yang <chunmengyang@quinnemanuel.com>
**Sent:** Friday, August 23, 2024 5:06 PM
**To:** DM_KCT_ITC_1413@DuaneMorris.com; FM-KCT-1413@fostermurphy.com; McNamara337@usitc.gov; Linda.Chang@usitc.gov; Christopher.kao@pillsburylaw.com; WH Skyworks-KCT 1413 Service List <WHSkyworks-KCT1413ServiceList@wilmerhale.com>
**Cc:** qeruijie <qeruijie@quinnemanuel.com>
**Subject:** 337-TA-1413 - Service

**EXTERNAL SENDER**

Please see attached for service the following documents filed earlier today on behalf of Respondent Ruijie.

☐☐☐ Notice of Appearance and Designation of Lead Counsel for Service;
☐☐☐ Subscriptions to the Protective Order; and
☐☐☐ Letter Requesting Confidential Materials.

**Chunmeng Yang**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1109 First Avenue, Suite 210
Seattle, WA 98101
206-905-7077 Direct
206.905.7000 Main Office Number
206.905.7100 FAX
chunmengyang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.