James M. Dowd (SBN 211280)
james.dowd@wilmerhale.com
Derek A. Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 213 443 5300

Joseph F. Haag (SBN 248749)
joseph.haag@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: +1 650 858 6000

Kate Saxton (*Admitted Pro Hac Vice*)
Kate.Saxton@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: +1 617 526 6000

*Attorneys for Plaintiff Skyworks Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD., <br><br> Defendants. | Case No.: 8:24-cv-00974-FWS-ADS <br><br> **SKYWORKS' CERTIFICATE OF SERVICE OF ITS *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3)** <br><br> No Hearing Noticed |

## CERTIFICATE OF SERVICE

I, Derek A. Gosma, declare as follows:

I am employed in the County of Los Angeles in the State of California. I am over the age of 18 years and am not a party to this action. My business address is 350 S. Grand Ave., Ste. 2400, in said County and State. I caused to be served the following documents:

1) SKYWORKS' *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3);

2) DECLARATION OF DEREK A. GOSMA IN SUPPORT OF SKYWORKS' *EX PARTE* APPLICATION TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3)

3) EXHIBIT 1 TO SKYWORKS' *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3);

4) EXHIBIT 2 TO SKYWORKS' *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3);

5) EXHIBIT 3 TO SKYWORKS' *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3);

6) EXHIBIT 4 TO SKYWORKS' *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3);

7) [PROPOSED] ORDER GRANTING SKYWORKS' *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3);

on the persons stated below, by the following means of service:

Cyndie M Chang
DUANE MORRIS LLP
865 South Figueroa Street Suite 3100
Los Angeles, CA 90071-5450
213-689-7400
Fax: 213-689-7401
Email: cmchang@duanemorris.com

Timothy Shannon
Seth Coburn
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110
Telephone: 857.488.4200
Facsimile: 857.488.4201
trshannon@duanemorris.com
sscoburn@duanemorris.com

Barbara A. Murphy
FOSTER, MURPHY, ALTMAN, & NICKEL, P.C.
1150 18th Street NW, Suite 775
Washington, DC 20036
Telephone: 202-822-4102
BMurphy@fostermurphy.com

Christopher Kao
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center 22nd Floor
San Francisco, CA 94111
415-983-1000
Fax: 415-983-1200
Email: christopher.kao@pillsburylaw.com

All counsel of record who are deemed to have consented to electronic service were served a copy of the documents via the Court's CM/ECF system on September 9, 2024. Any party's counsel not receiving the Court's electronic notification were served the documents pursuant to Fed. R. Civ. P. 5(b) via FedEx on September 10, 2024. In addition, the documents were served via electronic mail to the persons at the addresses listed above on September 10, 2024. Finally, the documents were served via electronic mail to Ruijie Networks Co., Ltd.'s counsel's service listserv

in the parties' co-pending investigation before the U.S. International Trade Commission. *See Certain Wireless Front-End Modules and Devices Containing the Same*, Inv. No. 337-TA-1413, EDIS Doc ID No. 830471 [Ruijie Counsel's Notice of Appearance].

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 10, 2024 in Los Angeles, California.

Derek A. Gosma