**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD., <br><br> Defendants. | Case No. 8:24-cv-00974-FWS-ADS <br><br> **ORDER GRANTING SKYWORKS' APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3)[53]** |

///

///

///

The court has reviewed and considered Skyworks' Application to File Under Seal Certain Documents in Support of its *Ex Parte* Application for Leave to Serve its First Amended Complaint on Foreign Defendant Ruijie Via E-Mail Pursuant to Fed. R. Civ. P. 4(f)(3). (Dkt. 53 ("Application to Seal").) In the Application to Seal, in summary, Skyworks seeks to redact portions of its *Ex Parte* Application for Leave to Serve its First Amended Complaint on Foreign Defendant Ruijie via E-Mail Pursuant to Fed. R. Civ. P. 4(f)(3) (Dkt. 55) that contain names and email addresses. (*See generally id.*) Based on the files and records of the case, the applicable law, and for the good cause demonstrated in the Application to Seal, the court **GRANTS** the Application to Seal. However, the court observes that Skyworks already filed a redacted version of the relevant documents. (Dkt. 55.) Accordingly, the court at this stage of the proceedings merely **ORDERS** that the Sealed Declaration in Support of Application to Seal (Dkt. 54) shall remain under seal.

Dated: September 10, 2024

                                         Hon. Fred W. Slaughter
                                         UNITED STATES DISTRICT JUDGE