1  James M. Dowd (SBN 211280)
   *james.dowd@wilmerhale.com*
2  Derek A. Gosma (SBN 274515)
3  *derek.gosma@wilmerhale.com*
   **WILMER CUTLER PICKERING**
4  **HALE AND DORR LLP**
   350 South Grand Avenue, Suite 2400
5  Los Angeles, CA 90071
   Tel: +1 213 443 5300
6
7  Joseph F. Haag (SBN 248749)
   *joseph.haag@wilmerhale.com*
8  **WILMER CUTLER PICKERING**
   **HALE AND DORR LLP**
9  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
10 Tel: +1 650 858 6000
11
   Kate Saxton (*Admitted Pro Hac Vice*)
12 *Kate.Saxton@wilmerhale.com*
   **WILMER CUTLER PICKERING**
13 **HALE AND DORR LLP**
   60 State Street
14 Boston, MA 02109
15 Tel: +1 617 526 6000

16 *Attorneys for Plaintiff Skyworks Solutions, Inc.*

17  **UNITED STATES DISTRICT COURT**
18  **CENTRAL DISTRICT OF CALIFORNIA**
    **SOUTHERN DIVISION**
19

20  SKYWORKS SOLUTIONS, INC.,          Case No.: 8:24-CV-00974-FWS-ADS

21              Plaintiff,              **JOINT STATUS REPORT**

22       v.

23  KANGXI COMMUNICATION
    TECHNOLOGIES (SHANGHAI)
24  CO., LTD., GRAND CHIP LABS,
    INC., D-LINK CORPORATION,
25  D-LINK SYSTEMS, INC., AND
    RUIJIE NETWORKS CO., LTD.,
26
27              Defendants.
28

Plaintiff Skyworks Solutions, Inc. ("Skyworks" or "Plaintiff") and Defendants Kangxi Communication Technologies (Shanghai) Co., Ltd., ("KXComTech") and Grand Chip Labs, Inc. ("GCL") (together, "KCT"); D-Link Corporation and D-Link Systems, Inc. (together, "D-Link"); and Ruijie Networks Co., Ltd. ("Ruijie") (collectively, "Defendants" and together with Skyworks, "the Parties"), by and through their respective counsel of record, submit this Joint Status Report pursuant to the Court's September 13, 2024 order granting Defendant GCL's Unopposed Motion for an Automatic Stay Under 28 U.S.C. § 1659(a) [Dkt. 61] to update the Court on the progress made in the parallel International Trade Commission ("ITC") Investigation No. 337-TA-1413: *Certain Wireless Front-End Modules, Devices Containing the Same, and Components Thereof*.

1. On August 30, 2024, Defendant GCL moved unopposed for a stay of this case pending the ITC's issuance of a final determination in the parallel ITC Inv. No. 337-TA-1413 pursuant to 28 U.S.C. § 1659(a). Dkt. 47.

2. The Court granted Defendant GCL's motion on September 13, 2024, staying this case "pending final resolution of the ITC proceedings, including any and all appeals and until the ITC proceedings are no longer subject to judicial review." Dkt. 61 at 2. In its order granting a stay, the Court directed the partes to "file a joint status report with the court every ninety days after the issuance of this Order updating the court on the progress made in the ITC proceedings" beginning with the first such report to be filed on or before December 16, 2024. *Id*.

3. On December 16, 2024, the Parties submitted their first Joint Status Report. Dkt. 62. The present Joint Status Report is the second such report.

4. The ITC proceeding involving the Parties remains ongoing. Fact discovery closed on February 19, 2025, the *Markman* hearing was held on January 23, 2025, and expert discovery is currently set to close on April 11, 2025. The Evidentiary Hearing is currently scheduled for June 23-25, 2025 and July 9-11, 2025.

5. On February 27, 2025, Defendant D-Link filed in the ITC an Unopposed Motion to Terminate the Investigation as to Respondents D-Link Corporation and D-Link Systems, Inc. Based On Consent Order and to Stay the Investigation Pending Resolution of the Motion to Terminate. Administrative Law Judge MaryJoan McNamara granted D-Link's motion stay on February 28, 2025. D-Link's motion to terminate remains pending before ALJ McNamara.

6. The Parties will advise the Court, as needed, of any further developments in the ITC proceedings that warrant revisiting the stay in this case. The Partes will file their next Joint Status Report on or before ninety days from the filing of today's status report, i.e., June 16, 2025.

\*   \*   \*

| | | |
|---|---|---|
| Dated: March 17, 2025 | | Respectfully Submitted, |
| By: */s/ James M. Dowd* | | By: */s/ Timothy R. Shannon* |
| James M. Dowd | | Timothy R. Shannon |
| Derek A. Gosma | | **DUANE MORRIS LLP** |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | | 100 High Street, Suite 2400 Boston, MA 02110 |
| 350 South Grand Avenue, Suite 2400 Los Angeles, CA 90071 Tel: +1 213 443 5300 | | *Counsel for Defendants Kangxi Communication Techs (Shanghai) Co., Ltd. and Grand Chip Labs, Inc.* |
| Joseph F. Haag **WILMER CUTLER PICKERING HALE AND DORR LLP** 2600 El Camino Real, Suite 400 Palo Alto, CA 94306 Tel: +1 650 858 6000 | | By: */s/ S. Alex Lasher* S. Alex Lasher **QUINN EMANUEL URQUHART & SULLIVAN, LLP** 1300 I Street NW, Suite 900 Washington, DC 20005 |
| Kate Saxton **WILMER CUTLER PICKERING HALE AND DORR LLP** 60 State Street Boston, MA 02109 Tel: +1 617 526 6000 | | *Counsel for Defendant Ruijie Networks Co., Ltd.* |
| *Attorneys for Plaintiff Skyworks Solutions, Inc.* | | By: */s/ Christopher Kao* Christopher Kao **PILLSBURY WINTHROP SHAW PITTMAN LLP** 4 Embarcadero Center, 22nd Floor San Francisco, CA 94111 |
| | | *Counsel for Defendants D-Link Corp. and D-Link Systems, Inc.* |

### Local Rule 5-4.3.4

**Filer's Attestation:** Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Derek A. Gosma hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

                                                                            */s/ Derek A. Gosma*
                                                                            Derek A. Gosma