James M. Dowd (SBN 211280)
*james.dowd@wilmerhale.com*
Derek A. Gosma (SBN 274515)
*derek.gosma@wilmerhale.com*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 213 443 5300

Kate Saxton (*Admitted Pro Hac Vice*)
*Kate.Saxton@wilmerhale.com*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: +1 617 526 6000

*Attorneys for Plaintiff Skyworks Solutions, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC. <br><br> Plaintiff, <br><br> v. <br><br> KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD. <br><br> Defendants. | Case No.: 8:24-CV-00974-FWS-ADS <br><br> **JOINT STATUS REPORT** |

Plaintiff Skyworks Solutions, Inc. ("Skyworks" or "Plaintiff") and Defendants Kangxi Communication Technologies (Shanghai) Co., Ltd., ("KXComTech") and Grand Chip Labs, Inc. ("GCL") (together, "KCT"); D-Link Corporation and D-Link Systems, Inc. (together, "D-Link"); and Ruijie Networks

Co., Ltd. ("Ruijie") (collectively, "Defendants" and together with Skyworks, "the Parties"), by and through their respective counsel of record, submit this Joint Status Report pursuant to the Court's September 13, 2024 order granting Defendant GCL's Unopposed Motion for an Automatic Stay Under 28 U.S.C. § 1659(a) (Dkt. 61) to update the Court on the progress made in the parallel International Trade Commission ("ITC") Investigation No. 337-TA-1413: *Certain Wireless Front-End Modules, Devices Containing the Same, and Components Thereof.*

1.     On August 30, 2024, Defendant GCL moved unopposed for a stay of this case pending the ITC's issuance of a final determination in the parallel ITC Inv. No. 337-TA-1413 pursuant to 28 U.S.C. § 1659(a).  Dkt. 47.

2.     The Court granted Defendant GCL's motion on September 13, 2024, staying this case "pending final resolution of the ITC proceedings, including any and all appeals and until the ITC proceedings are no longer subject to judicial review." Dkt. 61 at 2.  In its order granting a stay, the Court directed the partes to "file a joint status report with the court every ninety days after the issuance of this Order updating the court on the progress made in the ITC proceedings" beginning with the first such report to be filed on or before December 16, 2024.  *Id*.  This Joint Status Report is submitted pursuant to that order.

3.     The Parties submitted their first Joint Status Report on December 16, 2024 (Dkt. 62), a second report on March 17, 2025 (Dkt. 63), a third report on June 16, 2025 (Dkt. 64), a fourth report on September 15, 2025 (Dkt. 66), and a fifth report on December 15, 2025 (Dkt. 67).

4.     The ITC proceeding involving the Parties remains ongoing.

5.     On February 27, 2025, Defendant D-Link filed in the ITC an Unopposed Motion to Terminate the Investigation as to Respondents D-Link Corporation and D-Link Systems, Inc. Based on Consent Order and to Stay the Investigation Pending Resolution of the Motion to Terminate.  Administrative Law Judge MaryJoan McNamara granted D-Link's motion to stay on February 28, 2025,

and granted D-Link's unopposed motion to terminate on March 26, 2025. On April 11, 2025, the Commission issued its Decision Not to Review an Initial Determination Partially Terminating the Investigation as to D-Link.

6. An evidentiary hearing was held before Administrative Law Judge ("ALJ") McNamara on July 9-11, and 14-16, 2025. The Parties submitted their post-hearing briefs on July 30, 2025, post-hearing reply briefs on August 13, 2025, and post-hearing sur-reply briefs on September 5, 2025.

7. Due to a lapse in government funding, the Commission was closed from October 1, 2025 through November 12, 2025. Accordingly, the ALJ extended the due date for the Final Initial Determination to January 15, 2026, and Target Date for the Investigation was extended from March 23, 2026 to May 15, 2026. The ALJ further extended the due date for the Final Initial Determination to January 23, 2026, and the Target Date for the Investigation was extended from May 15, 2026 to May 25, 2026. On February 10, the Commission extended the target date to May 26, 2026.

8. The ALJ issued an Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond on January 23, 2026 ("Initial Determination"). The Parties submitted Petitions for Review of the Initial Determination and Responses to the opposing Parties' Petitions for Review on February 6 and February 17, 2026, respectfully. The Commission's determination of whether to review the Initial Determination is expected on March 26, 2026.

9. The Parties will advise the Court, as needed, of any further developments in the ITC proceedings that necessitate the stay in this case being lifted or this matter being resolved. The Partes will file their next Joint Status Report on or before ninety days from the filing of today's status report, i.e., June 15, 2026.

*   *   *

-3-

Dated: March 16, 2026

By: */s/ James M. Dowd*
James M. Dowd
Derek A. Gosma
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 213 443 5300

Kate Saxton
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: +1 617 526 6000

*Attorneys for Plaintiff Skyworks Solutions, Inc.*

Respectfully Submitted,

By: */s/ Cyndie M. Chang*
Cyndie M. Chang
**DUANE MORRIS LLP**
865 South Figueroa Street Suite 3100
Los Angeles, CA 90071-5450

*Counsel for Defendants Kangxi Communication Techs (Shanghai) Co., Ltd. and Grand Chip Labs, Inc.*

By: */s/ Mark Tung*
Mark Tung
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065

*Counsel for Defendant Ruijie Networks Co., Ltd.*

By: */s/ Christopher Kao*
Christopher Kao
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111

*Counsel for Defendant D-Link Corp. and D-Link Systems, Inc.*

**Local Rule 5-4.3.4**

I, James M. Dowd, am the ECF user whose identification and password are being used to file this report.  Pursuant to Local Rule 5-4.3.4, I hereby attest that concurrence in the filing of this document and its content has been obtained by all signatories listed.


*/s/ James M. Dowd*
James M. Dowd