**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC. | Case No.: 8:24-CV-00974-FWS-ADS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD. | |
| Defendants. | |

## [PROPOSED] ORDER

Having read and considered the Parties' Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the facts upon which the Stipulation is based, and good cause appearing, it is hereby **ORDERED**:

1.  The Joint Stipulation is approved.

2.  The above-captioned action is dismissed with prejudice.

3.  All future dates are vacated, and this matter is deemed closed.

4.  Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                       Hon. Fred W. Slaughter
                                                       United States District Judge