**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC. | Case No. 8:24-CV-00974-FWS-ADS |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [69]** |
| v. | |
| KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD. | |
| Defendants. | |

///

///

///

## ORDER

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the Parties' Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Dkt. 69, "Stipulation"), it is hereby **ORDERED**:

1. The Stipulation is **APPROVED**.

2. The above-captioned action is **DISMISSED WITH PREJUDICE**.

3. All future dates are vacated, and this matter is deemed closed.

4. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

Dated:  April 20, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE